1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  CHRISTOPHER M. YOUNG, State Bar No. 238532
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5553
    Fax:  (415) 703-5843
8   Email:  Chris.Young@doj.ca.gov

9  Attorneys for Defendant Davis

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| LYNNARD A. SMITH, | Case No. C 07-4089 JSW |
|---|---|
| Plaintiff, | **DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |
| v. | |
| STEVEN G. DAVIS, | |
| Defendant. | |

  Defendant Davis, for the reasons more fully set forth in the accompanying declaration of counsel, respectfully requests a 30-day extension of time up to and including April 24, 2008, to

///
///
///
///
///
///
///

1 | file his motion for summary judgment or other dispositive motion.

2 |     Dated: March 24, 2008

                              Respectfully submitted,

                              EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

MICHAEL W. JORGENSON
Supervising Deputy Attorney General


/s/ Christopher M. Young


CHRISTOPHER M. YOUNG
Deputy Attorney General
Attorneys for Defendant Davis

40232377.wpd
SF2008400635

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **L. A. Smith v. S.G. Davis**

No.:   **C 07-4089 JSW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>March 24, 2008</u>, I served the attached

**DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

**DECLARATION OF CHRISTOPHER M. YOUNG IN SUPPORT OF DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Lynnard A. Smith**
**D-89280**
**California State Prison, Solano**
**P.O. Box 4000**
**Vacaville, CA 95696-4000**
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 24, 2008, at San Francisco, California.

|  |  |
|---|---|
| L. Santos | _[signature]_ |
| Declarant | Signature |