EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
CHRISTOPHER M. YOUNG, State Bar No. 238532
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5553
  Fax: (415) 703-5843
  Email: Chris.Young@doj.ca.gov

Attorneys for Defendant Davis

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNNARD A. SMITH,<br><br>                            Plaintiff,<br><br>v.<br><br>STEVEN G. DAVIS,<br><br>                            Defendant. | Case No. C 07-4089 JSW<br><br>**DECLARATION OF CHRISTOPHER M. YOUNG IN SUPPORT OF DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

    I, CHRISTOPHER M. YOUNG, declare:

    1.    I am a Deputy Attorney General in the California Attorney General's Office, counsel of record for Defendant Steven Davis (Defendant) in this matter. I am competent to testify to the matter set forth here, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendant's request for an extension of time to file his summary-judgment motion or other dispositive motion.

    2.    According to the Court's Order of Service, the last day to file a summary-judgment motion or other dispositive motion is March 25, 2008.

Decl. of C. Young's Supp. Def.'s Req. for Ext. of Time                                         *L. A. Smith v. S.G. Davis*
                                                                                                       Case No. C 07-4089 JSW

3. Based on the following, Defendant respectfully requests a 30-day extension of time up to and including April 24, 2008, to file his summary-judgment motion or other dispositive motion:

   a. The Litigation Coordinator at the Correctional Training Facility, Soledad, received a summons and complaint for Defendant Davis on February 7, 2008. The U.S. Marshals Service's Notice of Acknowledgment is dated February 4, 2008.

   b. Defendant's request for representation was received by the Attorney General's Office on February 13, 2008.

   c. Documents were requested from the prison on February 27, 2008, and were received by the Attorney General's Office on March 13, 2008. Additional time for review of the facts and allegations is needed in order to prepare declarations supporting Defendant's dispositive motion. Additionally, a review of the documents which were received eleven days ago indicates that a secondary request for documents will have to made in order to support Defendant's summary-judgment motion or other dispositive motion.

   d. I am counsel of record for Appellees on the case *Garcia v. Schwarzenegger*, Ninth Circuit Case no. 07-16789. The answering brief is due March 24, 2008. Due to the need to prepare the answering brief, I have not had sufficient time to prepare a timely response to this Court's Order to file a dispositive motion on or before March 25, 2008.

   e. I am also counsel of record for Defendant Brown on the case *Lemas v. Brown*, case no. C-07-00958-SI. There is an intense amount of discovery in this case to coordinate, including six depositions scheduled for March 24-25, 2008. In addition to several other active cases, I have not had sufficient time to prepare a timely response to this Court's Order to file a dispositive motion on or before March 25, 2008 because of discovery issues in *Lemas*.

4. Plaintiff is currently incarcerated and cannot be easily contacted for an extension of time.

5. No previous extension of time has been sought regarding the filing of Defendant's summary-judgment motion or other dispositive motion. This request is not made for the purpose of harassment or undue delay or for any improper reason.

Decl. of C. Young's Supp. Def.'s Req. for Ext. of Time     *L. A. Smith v. S.G. Davis*
Case No. C 07-4089 JSW

2

1     I declare under penalty of perjury that the forgoing is true and correct to the best of my
2 knowledge.
3     Executed March 24, 2008, at San Francisco, California.

        /s/ Christopher M. Young
        CHRISTOPHER M. YOUNG
        Deputy Attorney General

Decl. of C. Young's Supp. Def.'s Req. for Ext. of Time

*L. A. Smith v. S.G. Davis*
Case No. C 07-4089 JSW

3