1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN FRANCISCO DIVISION

11
      LYNNARD A. SMITH,                              C 07-4089 JSW
12
                                   Plaintiff,        [PROPOSED] ORDER
13                                                   GRANTING DEFENDANT'S
                      v.                             REQUEST FOR EXTENSION
14                                                   OF TIME TO FILE
      STEVEN G. DAVIS,                               DISPOSITIVE MOTION
15
                                   Defendant.
16

17          Defendant has filed a request for a 30-day extension of time up to and including April 24,

18   2008, to file his summary-judgment motion or other dispositive motion.  The Court has read and

19   considered Defendant's request and good cause appearing,

20          IT IS HEREBY ORDERED that Defendant's request for an extension of time up to and

21   including April 24, 2008, to file his summary-judgment motion or other dispositive motion is

22   GRANTED.  Plaintiff's opposition to the summary judgment or other dispositive motion must be

23   filed with the court and served upon Defendant no later than thirty days from the date

24   Defendant's motion is filed.  Defendant shall file a reply brief no later than fifteen days after

25   Plaintiff's opposition is filed.

26

27   Dated: _____March 31. 2008_____          _____

28                                                  JEFFREY S. WHITE
                                                    United States District Judge

     [Proposed] Order Granting Def.'s Req. for Ext. of Time

                                                    IT IS SO ORDERED

                                                    Jeffrey S White

                                                    Judge Jeffrey S. White

                                        1