EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
CHRISTOPHER M. YOUNG, State Bar No. 238532
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5553
 Fax: (415) 703-5843
 Email: Chris.Young@doj.ca.gov

Attorneys for Defendant Davis

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LYNNARD A. SMITH,**<br><br>                                    Plaintiff,<br><br>      v.<br><br>**STEVEN G. DAVIS,**<br><br>                                    Defendant. | CASE NO. C 07-4089 JSW<br><br>**DECLARATION OF CHRISTOPHER YOUNG SUPPORTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS** |

I, CHRISTOPHER YOUNG, DECLARE AS FOLLOWS:

1. I am a Deputy Attorney General in the California Attorney General's Office, counsel of record for Defendant Davis (Defendant) in this matter. I am competent to testify to the matter set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendant's Motion to Dismiss.

2. Attached as Exhibit A is a custodian-of-records declaration I received from Mary Sweigert, the Correctional Case Records Manager at California State Prison, Solano, in Vacaville, California (AGO-01). This declaration applies to the documents attached as Exhibits A through H. Ms. Sweigert searched inmate Lynnard Smith's (D-89280) central file for the

Decl. Young Supp. Def.'s Mot. Summ. J. & Mot. Dismiss

*Smith v. Davis*
Case No. C 07-4089 JSW

1

1  attached documents. Exhibits B through H comprise complete copies of the documents available
2  in Plaintiff's central file.

3      3.    Attached as Exhibit B is a true and correct copy of CDC-128-B Informational General
4  Chrono, dated February 20, 2005, obtained from Plaintiff's central file (AGO-02).

5      4.    Attached as Exhibit C is a true and correct copy of Rules Violation Report CDC-115
6  Log No. I-02-05-16, obtained from Plaintiff's central file (AGO-03 to AGO-28).

7      5.    Attached as Exhibit D is a true and correct copy of CDC-114-D Administrative
8  Segregation Unit Placement Notice, dated February 26, 2005, obtained from Plaintiff's central
9  file (AGO-29).

10     6.    Attached as Exhibit E is a true and correct copy of CDC-602 inmate appeal log number
11 CTF-05-00663, obtained from Plaintiff's central file (AGO-30 to AGO-35).

12     7.    Attached as Exhibit F is a true and correct copy of CDC-602 inmate appeal log number
13 CTF-05-01320, obtained from Plaintiff's central file (AGO-36 to AGO-39).

14     8.    Attached as Exhibit G is a true and correct copy of CDC-128G Classification Chrono
15 dated May 12, 2005, obtained from Plaintiff's central file (AGO-40).

16     9.    Attached as Exhibit H is a true and correct copy of CDC-602 inmate appeal log number
17 CTF-05-01802, obtained from Plaintiff's central file (AGO-41 to AGO-47).

19     I declare under penalty of perjury that the foregoing is true and correct. Executed at San
20 Francisco, California, on April 23, 2008.

Christopher M. Young
Deputy Attorney General

Decl. Young Supp. Def.'s Mot. Summ. J. & Mot. Dismiss

*Smith v. Davis*
Case No. C 07-4089 JSW

2