# EXHIBIT A

## DECLARATION OF CUSTODIAN OF RECORDS

I, Mary Sweigert, declare as follows:

I am a Correctional Case Records Manager employed by the California Department of Corrections and Rehabilitation at California State Prison-Solano in Vacaville, California. In this capacity, I am duly authorized custodian of records maintained on inmates committed to the custody of the California Department of Corrections and Rehabilitation and housed at this institution.

A Central File is maintained on each inmate housed in the California Department of Corrections and Rehabilitation. The Central File is maintained by the Records Department of the institution housing the inmate, and transferred with the inmate to any other institution.

The documents attached hereto are true and correct copies of the documents from the Central File of Inmate Smith, D-89280 maintained in the regular course of business by the Department of Corrections and Rehabilitation at this institution.

I declare under penalty of perjury that I am competent to testify as a witness, that the foregoing is true and correct and based on my personal knowledge except for those statements based on information and belief and as to those statements I believe them to be true, and that if called as a witness I would so testify.

Executed on February 28, 2008, at California State Prison-Solano, Vacaville, California.

*Mary Sweigert*
Mary Sweigert, C.C.R.M.
Custodian of Records

AGO - 01