# EXHIBIT B

NAME and NUMBER        SMITH  D89280  B-208L                    CDC-128-B (Rev. 4/74)

On February 20, 2005, I observed Inmate Smith, D89280, assigned to position MKWFC.223 (AM Kitchen Cook), display strong animosity towards Correctional Officer S.G. Davis, 2nd Watch Kitchen Officer. While inmate Smith attempting to exit the kitchen and enter the Tray Machine, area, Officer Davis asked him where he was going; Inmate Smith was very reluctant to answer Officer Davis. Although Inmate Smith was given permission to exit the kitchen to get salt and peppers from dining hall, all he had to do was to answer C/O Davis and tell him where he was going. When Inmate Smith returned to the kitchen, he was walking around taking loudly and saying, "Who are you with," as Officer Davis walked by. I have counseled Inmate Smith regarding his unacceptable behavior towards Correctional Officer Davis. I also informed Smith that it is Officer Davis' responsibility to monitor inmate movements from and to the kitchen area. Inmate Smith is aware of this report.

Orig: Central File
Cc:  Unit I CC-II
     Unit I CC-I
     Culinary File
     Inmate

S. Adams, Correctional Supervising Cook
Food Service Department
CTF Central Facility, Ext. # 4808

DATE: 2/20/05            INFORMATIONAL                GENERAL CHRONO

---

NAME and NUMBER:  SMITH        D89280      HOUSING:  xW / 206L     CDC-128-B (4/74)
Custody:    MEDA

Inmate has been removed from his assignment for the following reason(s)

Facility Move: 'S' moved from Mainline to Ad-Seg. Classification will be required.

FROM:  AKIT P    MKWFC.223    A1        A        TO:    UNASSIGNED
       Location Code  Assignment   Work   Privilege              Assignment

Committee:
           P.A. Santiago
           Inmate Assignment Lieutenant

CC:  Central File
     Assignment Lieutenant
     CC-I
     Inmate

DATE:   2/28/2005         Informative Chrono   Inst: CTF    GENERAL CHRONO

AGO - 02