# EXHIBIT C

STATE OF CALIFORNIA | 804 | Y TO RECORDS DATED 3-2-05 by C/OR | DEPARTMENT OF CORRECTIONS

## RULES VIOLATION REPORT

TABE Reading SCORE IS: ☐ BELOW 4.0 ☐ EQUAL 4.0 ☐ ABOVE 4.0

| CDC NUMBER | INMATE'S NAME | RELEASE/BOARD DATE | INST | HOUSING NO. | LOG. NO. I- |
|---|---|---|---|---|---|
| D89280 | SMITH, L. | LITER | CTF-C | BW-208L | 02-05-16 |

| VIOLATED RULE NO(S). | SPECIFIC ACT Threatening Staff A Public | LOCATION | DATE | TIME |
|---|---|---|---|---|
| CCR, §3005(c) | Refuse to Obey Orders official | Central Culinary | 2/21/05 | 0540 HRS |

CIRCUMSTANCES On 2-21-05 at approximately 0540 hours while assigned as the Central Facility Kitchen Officer, I observed inmate SMITH, D-89280, BW-208L, assigned as a Preparation Cook, displaying behavior which I viewed to be disruptive. While I was standing next to the butcher shop door, I noticed Inmate SMITH staring at me as he walked past, moving his head in an up and down motion and making loud noises. I couldn't understand what he was saying, although a few of the words sounded like "Black T-Shirt." About ten (10) minutes earlier, in the presence of CS1 Adams, Cook Supervisor 1, I had verbally counseled Inmate SMITH about his disruptive behavior on the previous day; Inmate SMITH had walked around the kitchen saying in a loud voice, "Who ya with?" while the other inmates responded back, "Who ya with?" and at one point I overheard an inmate respond back to SMITH by saying "The Bloods" (a recognized prison gang). During this counseling I informed Inmate SMITH that he would be receiving a write up for his disruptive behavior on the previous day, which was completely unacceptable and informed that the next time he became disruptive, I would have him escorted out of the kitchen. Due to Inmate SMITH'S current disruptive behavior, I contacted the Central Control Room, via institutional Radio, to request an escorting officer to escort a disruptive inmate out of the Culinary.

## (CIRCUMSTANCES CONTINUED ON ATTACHED CDC 115-C)

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| ▶ S. DAVIS, Correctional Officer | 2/27/05 | Kitchen Officer | T/W |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING |
|---|---|---|
| ▶ G.G. VERDESOTO, Correctional Sergeant | 2/27/05 | |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | DATE | LOC. | HEARING REFERRED TO |
|---|---|---|---|---|---|---|
| ☑ ADMINISTRATIVE ☑ SERIOUS (121-150) | BF | 3.2.05 | ▶ D.N. MCCALL, Correctional Lieutenant | | | ☐ HO ☑ SHO ☐ SC ☐ FC |

### COPIES GIVEN INMATE BEFORE HEARING

| | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT |
|---|---|---|---|---|
| ☑ CDC 115 | Verdesoto | 3/5/05 | 2040 | |
| X INCIDENT REPORT LOG NUMBER: F-CEN 05-07 | ▶ C/OR Shaw | 3/18/05 | 1150 | BY: (STAFF'S SIGNATURE) DATE TIME |

HEARING On 4-15-05, at approximately 2000 hours, Inmate SMITH, CDC# D89280, BW-208L, appeared before this Senior Hearing Officer (SHO), for adjudication of CDC-115, Rules Violation Report (RVR), Log Number I-02-05-16, charging him with violation of California Code of Regulations (CCR), Title 15, §3005(c), for the Specific Act of "Threatening a Public Official," a Division B offense.

## (HEARING CONTINUED ON ATTACHED CDC 115-C)

FINDINGS: Inmate SMITH has been found GUILTY of the lesser charge, CCR 3005(b), for the specific act of "Refusal to Obey Orders to be Escorted Out or Cuff Up," a Division (F) offense. This finding was based upon a preponderance of the evidence submitted at the hearing, which does substantiate the finding. This evidence included:

## (FINDINGS CONTINUED ON ATTACHED CDC 115-C)

DISPOSITION: INMATE SMITH IS ASSESSED: 30 DAYS FORFEITURE OF CREDIT, consistent with a Division (F) Offense per CCR 3323(h)(3). 30 DAYS LOSS OF PRIVILEGES beginning 4/15/05, and ending 5/15/05; This means no Red Card (A1A), or Yard Card (A2B) tier/yard activities. Access to Yard is allowed only from 1215 to 1500 hours weekdays only. The SHO counseled, reprimanded, and advised Inmate of future behavior expectations. REFER TO UCC for PROGRAM REVIEW. Inmate SMITH was advised that he will receive a completed copy of the CDC-115 upon final audit by the Chief Disciplinary Officer. He was also advised of his right to appeal, the methods of appealing and credit restoration procedures.

| REFERRED TO ☐ CLASSIFICATION ☐ BPT/NAEA | Disallows 30 Days for due day has to hours |
|---|---|

| ACTION BY: (TYPED NAME) | SIGNATURE | DATE | TIME |
|---|---|---|---|
| I. VERA, Correctional Lieutenant | Vera LT | 04-18-05 | 1900 HR |

| REVIEWED BY: (SIGNATURE) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | DATE |
|---|---|---|---|
| FOR ▶ R. A. POPE, Facility Captain | 4/20/05 | W. Clark W. HILL, Associate Warden | 4/20/05 |

| | BY: (STAFF'S SIGNATURE) | DATE | TIME |
|---|---|---|---|
| X COPY OF CDC 115 GIVEN INMATE AFTER HEARING | ▶ C/OR Shaw | 4/21/05 | 1150 |

CDC 115 (7/88)

STATE OF CALIFORNIA
RULES VIOLATION REPORT - PART C

DEPARTMENT OF CORRECTIONS
PAGE _2_ OF _2_

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| D89280 | SMITH, L. | I -02-05-16 | CTF-C | 2/21/05 |

| ☐ SUPPLEMENTAL | ☒ CONTINUATION OF: | ☒ 115 CIRCUMSTANCES | ☐ HEARING | ☐ IE REPORT | ☐ OTHER _____ |

CIRCUMSTANCES CONTINUED:

I received information, via institutional radio, that there were no escorting officers available and that I would need to escort the inmate out of the Culinary. While utilizing the institutional radio for any available assistance, I watched Inmate SMITH continue to walk across the kitchen floor and stared at me. I walked across the kitchen floor to Inmate SMITH, who stopped by the food steamers, and instructed him to leave the kitchen, Inmate SMITH refused to comply with my instructions. I took a step towards him, placed my right hand on the back of his left upper arm and gave him a direct order to comply with my instructions and exit the culinary. Inmate SMITH pulled away from my grasp and stepped back. Due to his non-compliance and physical actions, I activated my personal alarm device. I then gave Inmate SMITH additional orders to come with me, as I stepped towards him and again placed my right hand on the back of his left upper arm, in an effort to escort him out of the kitchen. Inmate SMITH again pulled away from my grasp and then took a fighting stance, with his right fist clenched and held at about shoulder level, his left fist clenched and held at about hip level, with his eyes were opened wide and his face scrunched, Inmate SMITH'S stated, "Get your fucking hands off me". I took several steps back and drew my side handle baton, utilizing a basic cross draw into a basic tuck position. Responding staff arrived and Correctional Officer C. McCoy placed Inmate SMITH in handcuffs. I placed my side handle baton back into its ring and Inmate SMITH was escorted him out of the kitchen by responding staff without further incident.

Inmate SMITH is not a patient/participant in the Mental Health Delivery System (MHDS) at any level of care. At the time of the offense Inmate SMITH did not exhibit any bizarre, unusual, or uncharacteristic behavior to suggest a possible mental disorder; therefore, a Departmental Mental Health Assessment form (CDC-115X) was not required. Inmate SMITH'S T.A.B.E. / GPL score is above 4.0.

| | SIGNATURE OF WRITER | DATE SIGNED |
|---|---|---|
| | S. DAVIS, Correctional Officer | 2/27/05 |
| ☒ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) Verdesoto | DATE SIGNED 3-5-05 | TIME SIGNED 2040 |

CDC 115-C (5/95)

STATE OF CALIFORNIA                                                DEPARTMENT OF CORRECTIONS
RULES VIOLATION REPORT - PART C                                              PAGE 2 OF 3

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| D89280 | SMITH, L. | I-02-05-16 | CTF-C | 4/15/05 |

☐ SUPPLEMENTAL   ☒ CONTINUATION OF:   ☐ 115 CIRCUMSTANCES   ☒ HEARING   ☐ IE REPORT   ☐ OTHER

HEARING CONTINUED:
The SHO introduced himself and explained the purpose of this hearing. The rules and procedures for the hearing were also explained to Inmate SMITH. Inmate SMITH stated he understood the process, and was in "good" health. Inmate SMITH acknowledges receiving copies of all relevant documents more than 24 hours prior to this hearing. Inmate SMITH is not a patient / participant in the Mental Health Services Delivery System at any level of care He did not exhibit behavior that was bizarre, unusual, or uncharacteristic at the time of the events documented in this Rules Violation Report. A referral to the Health Care Services Department for Mental Health Assessment was not made. This SHO reviewed Inmate SMITH'S TABE / GPL score and determined that his score is ABOVE 4.0. Inmate SMITH stated he understood the charges and did not need assistance in defending himself. A Staff Assistant was not assigned as the criteria per CCR § 3315(d)(2) were not met. Inmate SMITH requested an Investigative Employee and Correctional Officer G. Edwards was assigned as the Investigative Employee on 3/26/05. Inmate SMITH did not request the presence of the Reporting Employee. Inmate SMITH did not request the presence of Staff or Inmate witnesses.

INMATE'S PLEA / STATEMENT:
The charge was read to Inmate SMITH and he pled: NOT GUILTY. Inmate SMITH made no statements at the hearing.

FINDINGS CONTINUED:
1. These findings are based upon information provided in the RVR, wherein the Reporting Employee, Correctional Officer S. Davis, documents the following, "On 2-21-05 at approximately 0540 hours, while assigned as the Central Facility Kitchen Officer, I observed inmate SMITH, D-89280, BW-208L, assigned as a Preparation Cook, displaying behavior which I viewed to be disruptive. While I was standing next to the butcher shop door, I noticed Inmate SMITH staring at me as he walked past, moving his head in an up and down motion and making loud noises. I couldn't understand what he was saying, although a few of the words sounded like "Black T-Shirt". About ten (10) minutes earlier, in the presence of CS1 Adams, Cook Supervisor 1, I had verbally counseled Inmate SMITH about his disruptive behavior on the previous day. Inmate SMITH had walked around the kitchen saying in a loud voice, "Who ya with?" while the other inmates responded back, "Who ya with?" and at one point I overheard an inmate respond back to SMITH by saying, 'The Bloods' (a recognized prison gang). During this counseling I informed Inmate SMITH that he would be receiving a write up for his disruptive behavior on the previous day, which was completely unacceptable; and, informed him that the next time he became disruptive, I would have him escorted out of the kitchen. Due to Inmate SMITH'S current disruptive behavior, I contacted the Central Control Room, via institutional Radio, to request an escorting officer to escort a disruptive inmate out of the Culinary. I received information, via institutional radio, that there were no escorting officers available and that I would need to escort the inmate out of the Culinary. While utilizing the institutional radio for any available assistance, I watched Inmate SMITH continue to walk across the kitchen floor and stared at me. I walked across the kitchen floor to Inmate SMITH, who stopped by the food steamers, and instructed him to leave the kitchen, Inmate SMITH refused to comply with my instructions. I took a step towards him, placed my right hand on the back of his left upper arm and gave him a direct order to comply with my instructions and exit the culinary. Inmate SMITH pulled away from my grasp and stepped back. Due to his non-compliance and physical actions, I activated my personal alarm device. I then gave Inmate SMITH additional orders to come with me, as I stepped towards him and again placed my right hand on the back of his left upper arm, in an effort to escort him out of the kitchen.
(HEARING CONTINUED ON ATTACHED CDC 115-C)

| SIGNATURE OF WRITER | | DATE SIGNED |
|---|---|---|
| J. VERA, Correctional Lieutenant | Vera LT | 04-18-05 |

| | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
|---|---|---|---|
| ☒ COPY OF CDC 115-C GIVEN TO INMATE | C/O K. Shaw | 4/21/05 | 1150 |

CDC 115-C (5/95)

AGO - 05

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS
RULES VIOLATION REPORT - PART C                                          PAGE _3_ OF _3_

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| D89280 | SMITH, L. | I.-02-05-16 | CTF-C | 4/15/05 |

☐ SUPPLEMENTAL  ☒ CONTINUATION OF:  ☐ 115 CIRCUMSTANCES  ☒ HEARING  ☐ IE REPORT  ☐ OTHER _____

HEARING CONTINUED:

Inmate SMITH again pulled away from my grasp and then took a fighting stance, with his right fist clenched and held at about shoulder level, his left fist clenched and held at about hip level, with his eyes were opened wide and his face scrunched, Inmate SMITH'S stated, 'Get your fucking hands off me.' I took several steps back and drew my side handle baton, utilizing a basic cross draw into a basic tuck position. Responding staff arrived and Correctional Officer C. McCoy placed Inmate SMITH in handcuffs. I placed my side handle baton back into its ring and Inmate SMITH was escorted out of the kitchen by responding Staff without further incident."

ADDITIONAL FINDINGS:
The offense was reduced to the lesser charge of 3005(b), "Refusing to be Cuffed Up and Escorted Out of the Culinary," a Division "F" offense. This finding is based on the eyewitnesses written reports, which stated that Inmate SMITH was not disruptive and that he (Inmate SMITH) was not given any verbal commands to cuff up. However, C/O Davis, the Culinary Officer, made an attempt to escort Inmate SMITH out of the Culinary, but Inmate SMITH broke away from his (C/O Davis) grasp, which clearly defines an act of defiance (refusing to comply with C/O Davis' order to cuff up and be escorted out of the Culinary). Had Inmate SMITH complied, there would have been no need for the activation of the personal alarm in the Culinary on 2/21/05, and thus the disruption of the A.M. Culinary Program.

Reviewed by: _____  Date: 4-28-05
                R. A. POPE, Facility Captain

Chief Disciplinary Officer: _____  Date: 4-20 05
                W. HILL, Associate Warden

| SIGNATURE OF WRITER | | DATE SIGNED |
|---|---|---|
| J. VERA, Correctional Lieutenant | | 04-18-05 |
| GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
| C/O K. Shaw | 4/21/05 | 1150 |

☒ COPY OF CDC 115-C GIVEN TO INMATE

CDC 115-C (5/95)

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
**RULES VIOLATION REPORT - PART C**                                        PAGE _1_ OF _1_

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| D89280 | SMITH, L. | I -02-05-16 | CTF-C | 2/21/05 |

[X] SUPPLEMENTAL  [ ] CONTINUATION OF  [ ] 115 CIRCUMSTANCES  [ ] HEARING  [ ] IE REPORT  [ ] OTHER

On 2/21/05, at approximately 0540 hours, Inmate SMITH, D89280, assigned to position MKWFC.223 with RDO'S on TH/F, approached me, CSC Adams, and asked me, "Have I done anything devastating this morning?" And I replied, "No." And C/O Davis approached us and stated, "Inmate SMITH, I am escorting you out of the culinary, let's go." C/O Davis grasped Inmate SMITH by his left arm to escort him. Inmate SMITH said, "Why are you putting your hands on me?" And Inmate SMITH slightly pulled away from C/O Davis. C/O Davis again said, "I am escorting you out." And again Inmate SMITH pulled away from C/O Davis when the officer attempted to grasp his left arm. After Inmate SMITH refused the second time, C/O Davis stepped back and activated his personal alarm and drew his side handle baton. C/O Davis stood in one position watching Inmate SMITH, and Inmate SMITH did not move or say anything. Responding staff arrived and C/O McCoy placed mechanical restraints on Inmate SMITH and he was escorted out of the kitchen.

| SIGNATURE OF WRITER | DATE SIGNED |
|---|---|
| Steve ADAMS, CSC   *original signed by* | 7-8-05 |

[X] COPY OF CDC 115-C GIVEN TO INMATE

GIVEN BY: (Staff's Signature)  | DATE SIGNED | TIME SIGNED |
|---|---|
| *E. Collum* | 3-8-05 | 1800 |

CDC 115-C (5/95)

STATE OF CALIFORNIA

**RULES VIOLATION REPORT - PART C**

DEPARTMENT OF CORRECTIONS

PAGE 1 OF 1

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| D89280 | SMITH, L. | I.-02-05-16 | CTF-C | 3/2/05 |

[X] SUPPLEMENTAL    [ ] CONTINUATION OF:    [ ] 115 CIRCUMSTANCES    [ ] HEARING    [ ] IE REPORT    [ ] OTHER

SUPPLEMENTAL

On 02/21/05, at 0525 hours, I responded to the Central Kitchen, where I observed C/O S. Davis with his baton drawn i his right arm i a basic tuck position. His left arm was approximately twelve (12") inches from Inmate SMITH, L., D-89280, XW-206L, in a bladed stance position.

Sergeant B. Banda asked Davis what the problem was, and Davis stataed, "He needs to be escorted out, he is causing a disturbance." At this time I placed Inmate SMITH in mechanical restraints, and he was escorted out of the kitchen.

| SIGNATURE OF WRITER *C.J. McCoy C/O* | DATE SIGNED |
|---|---|
| C. J. MCCOY, Correctional Officer | 3-2-05 |

| | GIVEN BY: (Staff's Signature) *Verdesoto* | DATE SIGNED | TIME SIGNED |
|---|---|---|---|
| [X] COPY OF CDC 115-C GIVEN TO INMATE | | 3-5-05 | 2040 |

CDC 115-C (5/95)

STATE OF CALIFORNIA                                                DEPARTMENT OF CORRECTIONS

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INST | LOG NO. |
|---|---|---|---|---|---|
| D89280 | SMITH, L. | CCR, §3005(c) | 2/21/05 | CTF-C | I-02-05-16 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT ☑ YES   ☐ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

☐ I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution.

          INMATE'S SIGNATURE                                  DATE

☒ I REQUEST my hearing be postponed pending outcome of referral for prosecution.

          INMATE'S SIGNATURE ► _Smith_            DATE 3-8-05

| DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION |
|---|---|
| 3/18/05 | Declined    cml. drw    0945Hrs. |

☐ I REVOKE my request for postponement.      INMATE'S SIGNATURE ►               DATE

## STAFF ASSISTANT

STAFF ASSISTANT    ☐ REQUESTED    ☐ WAIVED BY INMATE      INMATE'S SIGNATURE ►               DATE

☐ ASSIGNED      DATE             NAME OF STAFF

☐ NOT ASSIGNED      REASON

## INVESTIGATIVE EMPLOYEE

INVESTIGATIVE EMPLOYEE    ☒ REQUESTED    ☐ WAIVED BY INMATE      INMATE'S SIGNATURE ► _Smith_      DATE 3/18/05

☒ ASSIGNED      DATE 3-5-05      NAME OF STAFF C/O J. Severy

☐ NOT ASSIGNED      REASON

EVIDENCE INFORMATION REQUESTED

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)

☐ REPORTING EMPLOYEE    ☐ STAFF ASSISTANT    ☐ INVESTIGATIVE EMPLOYEE    ☒ OTHER Inmate Witnesses      ☐ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |

**INVESTIGATIVE REPORT:** Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

On 03/26/05, Correctional Officer G. Edwards was assigned as the Investigative Employee for this RVR, Log: #I-02-05-16, and Inmate SMITH, L., D-89280, acknowledged the assignment. Correctional Officer G. Edwards introduced himself to Inmate SMITH, and asked SMITH if he would have any problem with him (C/O Edwards) being assigned as his Investigative Employee. Correctional Officer Edwards asked SMITH if he wanted any staff or inmate witnesses present at his hearing; or did he have any other questions for any other officers or for the Investigative Employee.

                                                 (continued on next page).

DEFENDANT'S STATEMENT: (Interview with I/M Smith) - On Thursday, March 24, 2005, at approximately 1150 hours, I interviewed I/M SMITH, L., D-89280, XW-214U, concerning RVR - Log# I-02-05-16. I asked SMITH what took place on the morning of 02-05-2005.

Answered: At approximately 0520 hours, I was inside the inmate culinary bathroom cleaning it up when C/O Davis

**(I.E. REPORT CONTINUED ON ATTACHED CDC 115-C)**

| FINAL INVEST. REPORT ISSUED BY | DATE | TIME | INVESTIGATOR'S SIGNATURE | DATE |
|---|---|---|---|---|
| _Jordan_ | 4-1-05 | 1510 | ► G. EDWARDS, Correctional Officer | 4-1-05 |
| ☑ COPY OF CDC 115-A GIVEN INMATE | BY: (STAFF'S SIGNATURE) ► VERDESOTO _Montero_ | | TIME 2040 | DATE 3-5-05 |

CDC 115-A (7/88)

AGO - 09

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
RULES VIOLATION REPORT - PART C
PAGE _2_ OF _8_

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| D89280 | SMITH, L. | I -02-05-16 | CTF-C | 3/29/05 |

☐ SUPPLEMENTAL   ☒ CONTINUATION OF: ☐ 115 CIRCUMSTANCES   ☐ HEARING   ☒ IE REPORT   ☐ OTHER _____

INVESTIGATIVE EMPLOYEE'S REPORT:

DEFENDANT'S STATEMENT - continued:
came inside the bathroom, looked at me and said, "Was up Smith". I immediately stopped what I was doing and exited the bathroom without saying a word. I went inside the main culinary and started talking to Inmate McClelland by the sink. A few minutes later C/O Davis walked behind us twice. On his third trip behind us, C/O Davis stopped and said, "Smith, I need to talk to your", I replied, "I don't want to do no secret or private talking with you Davis, so could you call my supervisor and I will call another inmate to witness our conversation". C/O Davis called my direct supervisor, CSC Adams. I told inmate not to leave so he could witness the conversation. C/O Davis then said, "Smith, the next time I hear you say, 'who you with', I will have you escorted out of the kitchen for disrupting the program and write you a 115 - do you hear me?" I never said nothing to C/O Davis at the time. C/O Davis walked off saying "Yea, you heard me." Approximately ten (10) minutes later, I am walking and talking to Inmate Lemming, by the butcher shop. I said to Inmate Lemming, "What's up, how you doing this morning?" C/O Davis ran out of the butcher shop door saying, "That's it, that's it!" C/O Davis got on his radio, and I just look at C/O Davis and kept on walking, because he never said anything directly to me. I walked around to the steamer ovens. My supervisor, CSC Adams, was standing there with CSC Baker. I asked CSC Adams if I could speak to him. CSC Adams said, "Yes". I asked CSC Adams "If he felt like I was doing anything or saying anything this morning to disrupt the program in the kitchen?" CSC Adams replied, "No, Smith, I do not think that you're been disruptive, I have not heard you say nothing". At that exact moment, someone physically grabbed my left arm from behind with two hands (bicep area) and started violently snatching - pulling on me. I turned my head to see exactly who was grabbing me. C/O Davis was the individual doing the snatching, grabbing, and pulling on me from behind. I then said real loud, "Why do you got your hands on me, let me go Davis!" C/O Davis did not say as to why he was snatching on me. I turned my head back towards CSC Adams and CSC Baker. I asked CSC Adams "Why do he got his hands on me, could you please tell him to let me go."

CSC Adams and CSC Baker did not say a word. The two free staff cooks stepped away from me with a looked of astonishment on their faces. I turned back towards C/O Davis once again with my head, and said in a louder voice "Why do you got your hands on me, let me go Davis". After C/O Davis second time snatching on me, he then hit his panic button, while I stood there with my hand calmly behind my back. Other prison guards ran in there as soon as the alarm went off. C/O McCoy came up to me and told me to cuff up. I replied, let me remove my working gloves. I removed my work gloves. C/O McCoy put two sets of hand cuffs on me because one set would not fit me. At no time during talking with C/O McCoy was I rude, loud, angry, disruptive, non-compliance or non-responsive to C/O McCoy's verbal orders. I was escorted to the holding cell, stripped.
**(I.E. REPORT CONTINUED ON ATTACHED CDC 115-C)**

IE issued by _____ ut _____   4-1-05  1510 _____

| | |
|---|---|
| SIGNATURE OF WRITER<br>G. EDWARDS, Correctional Officer | DATE SIGNED<br>4-1-05 |
| GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |

☐ COPY OF CDC 115-C GIVEN TO INMATE

CDC 115-C (5/95)

STATE OF CALIFORNIA

**RULES VIOLATION REPORT - PART C**

DEPARTMENT OF CORRECTIONS

PAGE __3__ OF __8__

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| D89280 | SMITH, L. | I -02-05-16 | CTF-C | 3/31/05 |

☐ SUPPLEMENTAL   ☐ CONTINUATION OF:   ☐ 115 CIRCUMSTANCES   ☐ HEARING   ☒ IE REPORT   ☐ OTHER

INVESTIGATIVE EMPLOYEE'S REPORT:

DEFENDANT'S STATEMENT - continued:

The MTA conducted an unclothed body inspection of me, after that I was escorted unhand cuffed back to the holding cells. Somewhat after that Sergeant Sirwit got me out of the holding cells, walked me back to my section B-Wing, unhand cuffed, into B-Wing's clerk's office and asked me to tell him exactly what occured. I explained to Sergeant Sirwit that I was speaking with my free staff supervisor, CC Adams, in a calm - respectful manner and then C/O Davis came up behind me snatching, brbbing and pulling on me. Sergeant Sirwit then lowered and started shaking his head in disbelievement as to what I was telling him. Sergeant Sirwit said, "He grabbed you?" I replied, "Yes, he snatched on me, pulling my arm from behind while I was speaking to CC Adams in front of the steamer ovens, and if you don't believe me, go talk to CC Adams". Sergeant Sirwit said that he would have to go talk with CC Adams to see exactly what he has to say. Sergeant Sirwit then left, came back and gave me my SRD Card, I informed Sergeant Sirwit that I left my college books, jacket and cup, and that I haven't eaten yet. Sergeant Sirwit said that he would have another inmate to bring my stuff. At no time during talking to CC Adams was I disrespectful, rude or loud in any manner, so there wasn't no reason nor any justification for this prison guard to creep up behind and put his hands on me in the first place.

On Tuesday, March 22, 2005, the following day, I reported to work. C/O Pearson saw me and walked into the inmate breakroom where I, I/M Smith, D-89280; I/M McClellan, H-29611; and I/M Haney, D-35143, was sitting. C/O Pearson said, "What's up Smith, no hole, no write up, no nothing huh?" I replied, "I didn't do nothing". C/O Pearson replied, "Yea, I spoke to Davis, he told me that he grabbed you, I told Davis that he can't be snatching on no inmates, if he wanted to take you out the kitchen, he first was suppose to tell you to come with. If you didn't want to come, he was then to call for an S&E, wait for the S&E, then tell you to put your hands on the wall then cuff you up and let you know that you're being escorted out of the culinary. Not walking up behind no inmates, grabbing on them." Then I replied, "I didn't do nothing or say nothing, he just walked up behind me and grabbed me". C/O Pearson then left. No inicidents occurred on 2-22-05.

Wednesday, March 23, 2005, I reported for work and no incidents occurred. Thursday and Friday was my RDOs.

Saturday, March 26, 2005, I reported for work. C/O Davis was at work also. I never said a word to him. I spoke to my supervisor, CC Adams. I asked CC Adams, "Who did you exactly speak to on the 21st of February?" CC Adams replied, "I spoke to Sergeant Sirwit and to the Watch Commander." Then I asked CC Adams, "Do you remember exactly which Watch Commander that you spoke to?" CC Adams replied, "I'll try to get that for your reports". Further, I asked CC Adams, "Can you get me a copy of your reports that you wrote concerning the incident with C/O Davis?" CC Adams replied, Let me speak to Sergeant Sirwit and see if I can get you a copy of my report." Later that morning after I left work on 2-26-05, I was going through the metal detector, headed for the yard, I seen Sergeant Sirwit. I asked if I could have a minute of his time. So myself and Sergeant Sirwit exited the door towards the yard. I asked Sergeant Sirwit "If it could be possible if he could get me from the culinary completely because I didn't want to be assigned to the culinary anymore, so I won't be falsely accussed on again for something I didn't do by this prison guard". Sergeant Sirwit replied, "You would have to go to Classification for that, I'll talk to the Culinary Sergeant to see what can be done. Also, I spoke to the Watch Commander and he wouldn't sign off on the first or second rewrite of the 115 by C/O Davis, and the Watch Commander said that he didn't want no parts of this". Sergeant Sirwit further stated, "The only reason that I'm going to sign off on the 115 is saying that all of the words are spelled correctly and it's in the correct format of a 115". I then proceeded to the yard. Later that evening I was sent to Ad/Seg.

( CONTINUED ON ATTACHED CDC 115-C)

I.E. issued By _____ it _____    4-1-05  1510 hrs

| | SIGNATURE OF WRITER<br>G. EDWARDS, Correctional Officer | | DATE SIGNED<br>4-1-05 |
|---|---|---|---|
| ☐ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |

CDC 115-C (5/95)

AGO - 11

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

RULES VIOLATION REPORT - PART C                                                        PAGE _4_ OF _8_

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| D89280 | SMITH, L. | I -02-05-16 | CTF-C | 3/30/05 |

☐ SUPPLEMENTAL   ☐ CONTINUATION OF:   ☐ 115 CIRCUMSTANCES   ☐ HEARING   ☒ IE REPORT   ☐ OTHER

INVESTIGATIVE REPORT
DEFENDANT'S STATEMENT - continued

Days prior to the 21st of February, C/O Davis was harrassing me. On Saturday, March 19, 2005, I attempted to go out the main culinary searching for C/O Amoro so I could get my ID Card so I could leave work. I asked my direct supervisor, Correctional Cook I Bennett, if I could go. He said, "Yes". So when I proceeded to go out the gate, looking for C/O Amoro because he had my ID Card and the gate was open. C/O Davis "Ran" over to the gate, placing his right hand on the gate and placed his left hand on the wall blocking the exit. I then asked C/O Davis, "What are you doing, I'm looking for C/O Amoro so I can get my I.D. card, you're not my supervisor." C/O Davis replied, "Get back in the gate, you're not going nowhere". C/O Davis then started closing the gate on me, so I said to C/O Davis, "What are you doing, you're just going to hit me with the gate now huh?". This prison guard just looked at me real intensively so I stepped back. C/O Davis closed and locked the gate staring at me. A few seconds later C/O Amoro came out of the staff bathroom while I was still standing at the gate. C/O Amoro asked me, "What's up Smith?" I replied, "My supervisor Bennett said I could leave, can I get my I.D. card?" C/O Amoro gave me my I.D. card, searched me and as I was leaving, C/O Davis was standing up against the wall, with one foot on the wall staring at me shaking his head up and down, I just left the kitchen.

Sunday 20, 2005, I asked my supervisor CC Adams if I could go get some salt and pepper from the front serving line. CC Adams said that I could go get some. As I started out the gate C/O Davis once again "Ran" over to the gate in front of me. The gate was wide open so C/O Davis couldn't pull the exact same maneuver that he did to me on Saturday 19, 2005. So I stepped to my left saying excuse me. C/O Davis jumped back in front of me saying, "You're not getting out of this gate like you did yesterday." So I stepped to my right saying, "Excuse me, I'm trying to do my job". C/O Davis jumped back in front of me again and started saying, "You're going to get into a wreck!" C/O Davis keep repeating "You're going to get into a wreck!" So I just left the gate area. This prison guard asked my supervisor CC Adams if he let me out the gate. CC Adams confirmed that he did. By the grace of God another inmate witnessed this event. I/M Baugh (B-Wing, 2nd tier).

All these prior events which later led up to Monday's 21st of Feb. incident of this prison guard loosing his mind, using unnecessary force against me, by physically snatching, grabbing, and pulling on me from behind while I was in a polite conversation with free staff, Correctional Cooks Adams, in front of the steamer ovens, was not called for. This prison guard's actions, oppressive and unprofessional conduct is not in accord with CDC's rules, procedures/policies on physically putting his hands on an inmate, especially when said inmate is "Not" being any type of a present threat to any persons, staff or inmates. Exactly what amounted in this present situation is C/O Davis commented a felony assault on me by creeping up and snatching on my persons from behind without any legal or right justification (PC 147). I became the ill-motivated attention of C/O Davis' bulls eye target once he discovered I was a Muslim, who disagreed with some of his devoted Christianity view points about religious matters. Had I done one tenth of what this prison guard said I did, I would have been locked up day one on the 21st of February, no questions asked, and when Sgt. Banda asked C/O Davis what the problem was this prison guard never said anything about me threatening him in any manner, so now it's time for the big lie!

( CONTINUED ON ATTACHED CDC 115-C)

I.E. issued By [signature] ct [signature]    4-1-05  1510 hrs

| | SIGNATURE OF WRITER | | DATE SIGNED |
|---|---|---|---|
| | G. EDWARDS, Correctional Officer | | 4-1-05 |
| ☐ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |

CDC 115-C (5/95)

STATE OF CALIFORNIA

**RULES VIOLATION REPORT - PART C**

DEPARTMENT OF CORRECTIONS

PAGE _5_ OF _8_

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| D89280 | SMITH, L. | I -02-05-16 | CTF-C | 3/29/05 |

☐ SUPPLEMENTAL  ☒ CONTINUATION OF:  ☐ 115 CIRCUMSTANCES  ☐ HEARING  ☒ I.E REPORT  ☐ OTHER _____

INVESTIGATIVE EMPLOYEE'S REPORT:
DEFENDANT'S STATEMENTS - continued:

In this prison guard's bogus report, for some unknown reason he just so happenedly forgot/omitted to State that I, I/M Smith, D-89280, was standing in front of the steamer ovens talking to "Free Staff Correctional Cook Adams, while Free Staff Correctional Cook Baker stood by". Neither one of the free staff, Correctional Cook's "Adams or Baker" collaborated this prison guard's erroneous event's of said incident on the morning of Feb. 21, 2005, after being intensely interviewed by upper staff member's ("Watch Commander, Lieutenants and Sgt's"). Had "Any" of the events reported by this prison guard been collaborated by free staff, Correctional Cook's "Adams or Baker", the Watch Commander and Sgt. wouldn't of had "Any" other option but to lock me up in Ad/Seg., not send me back to my housing unit, and then allow me to keep on going back to work.

Question: Did C/O Davis instruct you to get on the wall before he grabbed you?
Answer: No. He just came from behind me and grabbed my arm with two hands, snatching and pulling.
**********************end of I/M Smith's statements**************

REPORTING EMPLOYEE'S STATEMENT: (C/O S. Davis, C-Wing Officer; RDO's: W/TH):
On Friday, March 25, 2005, at approximately 1000 hours, I interviewed C/O Davis concerning RVR - Log: #I-02-05-16.

Question: I asked C/O Davis what type of behavior was Inmate Smith displaying that morning.

Answer: I saw Inmate Smith displaying behavior which I viewed as disruptive. He was staring at me as he walked past me, bobbing his head up and down and making loud noises.

Question: What type of noises?
Answer: He was saying in a loud voice black T-Shirt, but I could not understand what he was saying. But, the day before he was saying, "Who ya with" to other inmates and I verbally counseled him about this behavior and that next time he will be escorted out of the kitchen.

Question: Was he receptive to your counseling?
Answer: No, so I informed him that he will be getting a 115 for his disruptive behavior.
**(I.E. REPORT CONTINUED ON ATTACHED CDC 115-C)**

I.E. Issued By: _S/ev Davis, IE_ _4-1-05  1510 hrs._

| | SIGNATURE OF WRITER | | DATE SIGNED |
|---|---|---|---|
| | G. EDWARDS, Correctional Officer | | 4-1-05 |
| | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
| ☐ COPY OF CDC 115-C GIVEN TO INMATE | | | |

CDC 115-C (5/95)

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
**RULES VIOLATION REPORT - PART C**                                    PAGE _6_ OF _8_

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| D89280 | SMITH, L. | I -02-05-16 | CTF-C | 3/29/05 |

☐ SUPPLEMENTAL   ☒ CONTINUATION OF:   ☐ 115 CIRCUMSTANCES   ☐ HEARING   ☒ IE REPORT   ☐ OTHER

INVESTIGATIVE EMPLOYEE'S REPORT:

STAFF WITNESS' STATEMENT - continued  (C/O Davis)

Question:  Did anyone come to assist you in escorting Inmate Smith out of the kitchen?
Answer:  No, I contacted Central Control, but there were no S&E available, so I was told over the radio to do it myself.

Question:  When Inmate Smith failed to be escorted by you, did you give him instructions to get on the wall to be cuff up?
Answer:  No, I just went over to him and placed my right hand on the back of his left upper arm and gave him a direct order to leave the culinary.

Question:  Did you use two hands?
Answer:    No, just my right hand.

Question:  So what happen when he did not complied?
Answer:   He pulled away from my grasp, and due to his physical actions, I activated my personal alarm, then I tried again to escort Smith, by placing one hand on the same area of his arm.  That is when he really resisted and pulled away from me again.

Question:  Why did you draw you side-handle baton?
Answer:    After he pulled away from me the second time, he got in to a fighting stance, with his right fist clenched and held shoulder level, and his left fist hop level.  He then stated, "Get your fucking hands off me', and that is when I drew my baton into a basic tuck position and waited for staff to arrived.  Once staff arrived, and C/O McCoy handcuffed Smith, I returned my baton back into my ring.

STAFF WITNESS' STATEMENT:  (On Friday, March 25, 2005, at approximately 0915 hours, I interviewed CSC Adams concerning RVR - Log: #I-02-05-16.)

Question:  I asked CSC Adams - did he see Inmate Smith been disruptive that morning?
Answer:    No.  Inmate Smith approached me, and asked me if he had done anything devastating this morning, and I said no.

Question:  Before C/O Davis put his hand on Inmate Smith, did he give him any instruction to get on the wall to be cuff up?
Answer:    No.

Question:  When did C/O Davis activate his personal alarm?
Answer:    He tried to grabbed Inmate Smith by his left arm to escort him out of the kitchen, Smith asked him, "Why are putting your hands on me?", and Smith slightly pulled away from C/O Davis.  Davis tried a second time to grabbed Smith's left arm, and pulled away again, that's when C/O Davis activated his alarm.

Question:  Did Inmate Smith ever take a fighting stance or had his hands clenched in a fist?
Answer:    No.  He was just standing not moving till responding staff arrived.
     *****end of CSC Adams' statement*****

(I.E. REPORT CONTINUED ON ATTACHED CDC 115-C) I.E. Issued by

| | SIGNATURE OF WRITER | | DATE SIGNED |
|---|---|---|---|
| | G. EDWARDS, Correctional Officer | | 4-1-05 |
| ☐ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |

CDC 115-C (5/95)

STATE OF CALIFORNIA                                                                                    DEPARTMENT OF CORRECTIONS
RULES VIOLATION REPORT - PART C                                                                  PAGE _7_ OF _8_

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| D89280 | SMITH, L. | I -02-05-16 | CTF-C | 3/29/05 |

☐ SUPPLEMENTAL   ☒ CONTINUATION OF:   ☐ 115 CIRCUMSTANCES   ☐ HEARING   ☒ IE REPORT   ☐ OTHER _____

INVESTIGATIVE EMPLOYEE'S REPORT:

STAFF WITNESS' STATEMENT: (CSC Baker, Kitchen Supervisor, RDO's: S/S) -
On Friday, March 25, 2005, at approximately 0930 hours, I interviewed CSC Baker concerning RVR - Log: #I-02-05-16.

Question:   I asked CSC Baker - Did he see Inmate Smith been disruptive?
Answer:   No. I just walking in to the kitchen when I saw C/O Davis grabbing Inmate Smith by the arm. I asked CSC Adams what was going on, then I saw C/O Davis pressing his alarm, and pulling out his baton.

Question:   Did Inmate Smith was in a fighting stance?
Answer:   No. He just was standing there with his hands behind his back. Staff arrived and cuff him up, and took him out the kitchen.
          **********end of CSC Baker's Statement******

STAFF WITNESS' STATEMENT: (C/O C. J. McCoy, Dining Hall Officer, RDO's: F/S)
On Thursday, March 24, 2005, at approximately 1230 hours, I interviewed C/O McCoy concerning RVR- Log: #I-02-05-16.

Question:   I asked C/O McCoy what did he see when he responded to the Code-1 in the Central Kitchen.
Answer:   I observed C/O Davis with his side handle baton drawn in his right arm, in a basic tuck position, with his left hand very close to Inmate Smith's face. At no time did I see Inmate Smith in an aggressive stand, or with his fist clenched.

Question:   Was Inmate Smith been disruptive?
Answer:   No. Sergeant Banda asked C/O Davis what the problem was, and Davis stated, "He need to be escorted out of the kitchen, "he is causing a disturbance". At that time, I placed Inmate Smith in hand cuffs and escorted him out of the kitchen to the holding cell.
          **********end of C/O C. J. McCoy's Statement**********

INMATE WITNESS' STATEMENT: (I/M McClelland, H-29611, BW-335U)
On the morning of 2/21/05, at 05:20 hours, Inmate Smith and I were conversing at the sink next to the wter fountain when Officer Davis walked up and told Smith that he needed to speak to him. I/M Smith told Davis that any conversation they would have to be with a third party present. I/M Smith then asked me to stay there. C/O Davis then gestured over to the Supervising Cook Adams, "to come here". Once C/O Davis had gotten Cook Adams attention, he proceeded to tell I/M Smith "The next time you say who you with" (a phrase from the Bernie Mac Shwo), you will have to leave the kitchen. At approximately 05:33 hours, on the morning of 2/21/05, I observed Inmate Smith talking to the supervisor by the steamer ovens. A little bit thereafter C/O Davis rushed up from the side and went behind I/M Smith and started snatching and pulling on Smith's arm. I/M Smith then turned and asked C/O Davis, "Why do you have your hands on me man". C/O Davis then pressed his alarm and pulled out his billy-club. Other officers and a SGT arrived in response to the alarm as I/M Smith stood there with his hands behind his back, at which time the SGT. told Smith to cuff up, Smith turned around and was cuffed and escorted off.
***********************end of I/M McClelland, H-29611 ******************
(I.E. REPORT CONTINUED ON ATTACHED CDC 115-C)

I.E. Issued By _____                    4-1-05  1510 hrs

| | SIGNATURE OF WRITER | DATE SIGNED |
|---|---|---|
| | G. EDWARDS, Correctional Officer | 4-1-05 |
| ☐ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature)   DATE SIGNED   TIME SIGNED | |

CDC 115-C (5/95)

STATE OF CALIFORNIA                                                     DEPARTMENT OF CORRECTIONS
**RULES VIOLATION REPORT - PART C**                                     PAGE __8__ OF __8__

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| D89280 | SMITH, L. | I -02-05-16 | CTF-C | 3/29/05 |

☐ SUPPLEMENTAL   ☒ CONTINUATION OF:   ☐ 115 CIRCUMSTANCES   ☐ HEARING   ☒ IE REPORT   ☐ OTHER _____

INVESTIGATIVE EMPLOYEE'S REPORT:

INMATE WITNESS' STATMENT: (I/M Haney, D-35143, FW-110U)
On February 21st, 2005, I, Samuel Haney, was at my work assignment (A.M. Cook) in the Central Culinary main Kitchen. At approximately 5:00 A.M. I was standing by the big pots in the main kitchen facing the steamers. I saw Inmate Smith (D-89280) talking with to free staff cooks (Adams and Baker). I saw correctional Officer Davis walk pass me and walk up behind Inmate Smith. Inmate Smith never knew C/O Davis was behind him; because, he never looked in back of him while talking with the two free staff cooks. All of a sudden C/O Davis without warning grabbed Inmate Smith by the arm with both hands and began pulling Inmate Smith backwards. Inmate Smith turned around to face C/O Davis and asked him in a loud voice; "Why do you have your hands on me" "Let me go C/O Davis!" C/O Davis then pulled out his baton and pushed his alarm button. Immediately other officers arrived to the main kitchen and escorted Inmate Smith to the holding cages. I have seen C/O Davis harassing Inmate Smith during his work assignment for the past two days before this incident.
************************end of I/M Samuel Haney's Statement**********

INMATE WITNESS' STATEMENT: (I/M Lemming, K-02882, BW-133U):
On February 21, 2005, at approximately 0600, C/O Davis asked me, I/M Douglas Wyatt Lemming (K-02882), if I knew what I/M Smith (D-89280) had said to me a few minutes earlier. I responded that "I didn't know exactly what he had said, but that it was merely a greeting like 'Good morning'". C/O Davis then said "Alright" and left.
*************end of I/M Lemming's Statement*********

Reporting Employee requested at the hearing:        No
Investigative Employee requested at the hearing:    No
Any Information in Confidential Reports:             No
Inmate Witnesses requested at the hearing:          Yes (3)    Inmate McClelland    H-29611    BW-335U
                                                               Inmate Haney         D-35143    FW-110U
                                                               Inmate Lemming       K-02882    BW-133U

*****End of INVESTIGATIVE EMPLOYEE'S REPORTS  in its entirety*********

*I.E. Issued By _____ CT _____ 4-1-05 1510 hrs*

| SIGNATURE OF WRITER: | | DATE SIGNED |
|---|---|---|
| G. EDWARDS, Correctional Officer | | 4-1-05 |
| GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |

☐ COPY OF CDC 115-C GIVEN TO INMATE

CDC 115-C (5/95)

AGO - 16

STATE OF CALIFORNIA                                                                     DEPARTMENT OF CORRECTIONS

**CRIME / INCIDENT REPORT**
**PART A - COVER SHEET**
CDC 837-A (Rev. 09/03)

| | | | PAGE 1 OF 11 | INCIDENT LOG NUMBER CTF-CEN-05-02-0058 | INCIDENT DATE 02/21/05 | INCIDENT TIME 05:40 |
|---|---|---|---|---|---|---|

| INSTITUTION | FACILITY | FACILITY LEVEL | INCIDENT SITE | LOCATION | | USE OF FORCE |
|---|---|---|---|---|---|---|
| CTF | Central | ☐ I  ☒ II ☐ III ☐ IV | Central Kitchen | Central Kitchen | ☐ ASU ☐ SHU ☐ PSU ☐ PHU ☐ SNY ☒ GP ☐ CTC ☐ RC SEG. YARD: ☐ CC ☐ WA ☐ RM | ☐ YES ☒ NO |

| SPECIFIC CRIME / INCIDENT | |
|---|---|
| Threatening a Public Official | ☒ CCR ☐ PC ☐ N/A NUMBER/SUBSECTION: 3005(c) |

| D. A. REFERRAL ELIGIBLE | SERT ACTIVATED | NMT ACTIVATED | MUTUAL AID REQUEST | PIO/AA NOTIFIED |
|---|---|---|---|---|
| ☒ YES ☐ NO | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO |

**RELATED INFORMATION (CHECK ALL THAT APPLY)**

| DEATH | CAUSE OF DEATH | ASSAULT / BATTERY | TYPE OF ASSAULT / BATTERY | |
|---|---|---|---|---|
| ☐ INMATE | ☐ ACCIDENTAL ☐ SUICIDE | ☐ ON INMATE | ☐ BEATING | ☐ SPEARING |
| ☐ STAFF | ☐ EXECUTION ☐ NATURAL | ☐ ON STAFF | ☐ GASSING | ☐ STABBING |
| ☐ VISITOR | ☐ HOMICIDE | ☐ ON VISITOR | ☐ POISONING | ☐ STRANGLING |
| ☐ OTHER: | ☐ OVERDOSE | ☐ OTHER: | ☐ SEXUAL | ☐ OTHER: _____ |
| | ☐ UNKNOWN | | ☐ SHOOTING | |
| ☒ N/A | ☒ N/A | ☒ N/A | ☐ SLASHING | ☒ N/A |

| SERIOUS INJURY | INMATE WEAPONS | | SHOTS FIRED / TYPE WEAPON / FORCE | | |
|---|---|---|---|---|---|
| ☐ INMATE | ☐ CHEMICAL SUBSTANCE | TYPE: | WEAPON: WARNING # EFFECT # | | NO: |
| ☐ STAFF | ☐ CLUB / BLUDGEON | ☐ COMMERCIAL WEAPON | ☐ MINI 14 | | BATON ROUND: |
| ☐ VISITOR | ☐ EXPLOSIVE | | ☐ 38 CAL | | ☐ WOOD |
| ☐ OTHER: | ☐ FIREARM | ☐ INMATE MANUFACTURED | ☐ 9MM | | ☐ RUBBER |
| | ☐ HANDS / FEET | WEAPON | ☐ SHOTGUN | | ☐ FOAM |
| ☒ N/A | ☐ KNIFE | | LAUNCHER: | | STINGER: |
| | ☐ SAP/SLUNG SHOT | | ☐ 37MM | | ☐ .32 (A) |
| | ☐ PROJECTILE | | ☐ L8 | | ☐ .60 (B) |
| ESCAPES | ☐ SPEAR | | ☐ 40MM | | EXACTIMPACT: |
| | ☐ SLASHING INSTRUMENT | | ☐ 40MM MULTI | | ☐ CTS 4557 |
| | ☐ STABBING INSTRUMENT | | ☐ HFWRS | | ☐ XM 1006 |
| ☐ W / FORCE | ☐ OTHER: _____ | | FORCE: | | CHEMICAL: |
| ☐ W/O FORCE | | | ☐ SIDE-HANDLE BATON | | ☐ OC |
| ☐ ATTEMPTED | ☐ BODILY FLUID ☐ OTHER FLUID: ___ | | ☐ PHYSICAL FORCE | | ☐ CN |
| | ☐ UNKNOWN LIQUID | | ☐ X10 | | ☐ CS |
| ☒ N/A | ☒ N/A | | ☐ OTHER: _____ | | ☒ N/A |

| CONTROLLED SUBSTANCE / WEIGHT | | PROGRAM STATUS | EXCEPTIONAL ACTIVITY | |
|---|---|---|---|---|
| ☐ POSITIVE UA | ☐ CONTROLLED MEDS | ☐ MODIFIED PROGRAM | ☐ EMPLOYEE JOB ACTION | ☐ WEATHER |
| ☐ WITH PACKAGING | ☐ WITHOUT PACKAGING | ☐ LOCKDOWN | ☐ ENVIRONMENTAL HAZARD | ☐ SEARCH WARRANT |
| | PRELIMINARY    LAB | ☐ STATE OF EMERGENCY | ☐ EXPLOSION | ☐ ARREST |
| ☐ AMPHETAMINE | _____  _____ | | ☐ FIRE | ☐ OTHER: _____ |
| ☐ BARBITURATES | _____  _____ | IF YES, LIST AFFECTED | ☐ GANG/DISRUPTIVE GROUP | |
| ☐ COCAINE | _____  _____ | PROGRAMS: | ☐ HOSTAGE | |
| ☐ CODEINE | _____  _____ | | ☐ INMATE STRIKE | EXTRACTION: |
| ☐ HEROIN | _____  _____ | | ☐ MAJOR DISTURBANCE | ☐ CONTROLLED |
| ☐ MARIJUANA/THC | _____  _____ | | ☐ MAJOR POWER OUTAGE | ☐ IMMEDIATE |
| ☐ METHAMPHETAMINE | _____  _____ | | ☐ NATURAL DISASTER | |
| ☐ MORPHINE | _____  _____ | | ☐ PUBLIC DEMONSTRATION | |
| ☐ OTHER: _____ | _____  _____ | ☒ N/A | ☐ SPECIAL INTEREST I/M | ☒ N/A |
| ☒ N/A | | | | |

BRIEF DESCRIPTION OF INCIDENT (ONE OR TWO SENTENCES):
On 2-21-05, Inmate Smith, D-89280, took a fighting stance towards Correctional Officer S. Davis.

COMPLETE SYNOPSIS / SUMMARY ON PART A1

| NAME OF REPORTING STAFF (PRINT/TYPE) | TITLE | ID # | BADGE # |
|---|---|---|---|
| D. Benedetti | Lt. | ~~████~~ | ~~████~~ |

| SIGNATURE OF REPORTING STAFF | PHONE EXT. (INCIDENT SITE) 4038 | DATE 02/26/05 |
|---|---|---|

| NAME OF WARDEN / AOD (PRINT/SIGN) JC Sisk | TITLE CPT AOD | DATE 2-27-05 |
|---|---|---|

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS
CRIME / INCIDENT REPORT
PART A1 - SUPPLEMENT
CDC 837-A1 (09/03)                              PAGE  2  OF  11           INCIDENT LOG NUMBER
                                                                          CTF - CEN-05-02-0058

| INSTITUTION | FACILITY | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|
| CTF | Central | 02/21/05 | 05:40 |

TYPE OF INFORMATION:
[X] SYNOPSIS/SUMMARY OF INCIDENT   [ ] SUPPLEMENTAL INFORMATION   [ ] AMENDED INFORMATION   [ ] CLOSURE REPORT

NARRATIVE:

On 2-21-05, at approx. 0540 hours, Correctional Officer S. Davis was assigned as the Central Facility Kitchen Officer when he observed Inmate Smith, D-89280, display behavior that he viewed as disruptive. While C/O Davis was standing next to the butcher shop door, he noticed Smith staring at him as he (Smith) walked past, moving his head in an up and down motion and making loud noises. During Smith's current disruptive behavior, C/O Davis contacted the Central Control Room, via institutional radio, to request an escorting officer to escort Smith out of the culinary. Via institutional radio, Davis was advised that there were no escorting officers available and that he would need to escort the inmate out of the culinary. While Davis was utilizing his institutional radio, he observed Smith continue to walk across the kitchen floor and stare at him. Davis walked across the kitchen floor to Smith, who had stopped by the food steamers. Davis instructed Smith to leave the kitchen. Smith refused to comply with his instructions. Davis took a step towards Smith, placed his (Davis) right hand on the back of his (Smith) left upper arm and gave him a direct order to comply with his instructions and exit the culinary. Smith pulled away from his grasp and stepped back. Due to Smith's non-compliance and physical actions, Davis activated his personal alarm device. Davis then gave Smith additional orders to go with him and stepped towards him and again placed his right hand on the back of Smith's left upper arm, in an effort to escort him out of the kitchen. Smith again pulled away from his grasp and then took a fighting stance, with his right fist clenched and held it at about shoulder level, his left fist was clenched and held it at about hip level, and stated to Davis, "Get your fucking hands off me!" Davis took several steps back and drew his side handle baton, utilizing a basic cross draw into a basic tuck position. Responding staff arrived and Correctional Officer C. McCoy placed Smith in mechanical restraints. Davis placed his side handle baton back into its ring and Smith was escorted out of the culinary.

This writer discovered this incident by reading the CDC 115, which was left for C/O Davis' signature on this date (2-26-05).

Inmate Smith has been issued a Serious Rules Violation Report (RVR) for Threatening a Public Official; Log #I-02-05-16; Offense Division: B; Forfeiture of Credit: 121 - 150 Days Loss of Credit.

On this date, 2-26-05, upon discovery of the aforementioned incident, Inmate Smith was rehoused from BW-208L to XW-206L and placed on Administrative Segregation Status.

This matter is being referred to the Monterey County District Attorney's Office for possible felony prosecution.

No other staff or inmates received any injuries as a result of this incident.

All appropriate Administrative Staff have been apprised of the aforementioned.

You will be advised of any further developments in this matter via supplemental reports.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL A1

| NAME OF REPORTING STAFF (PRINT/TYPE) | TITLE | ID # | BADGE # |
|---|---|---|---|
| D. Benedetti | Lt. | | |

| SIGNATURE OF REPORTING STAFF | PHONE EXT. (INCIDENT SITE) | DATE |
|---|---|---|
| | 4038 | 02/26/05 |

| NAME OF WARDEN / AOD (PRINT/SIGN) | TITLE | DATE |
|---|---|---|
| | CAPT  AOD | 2-27-05 |

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART B1 - INMATE**
CDC 837-B1 (09/03)

DEPARTMENT OF CORRECTIONS

PAGE ___ OF ___

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| CTF | Central | CTF-CEN- 05-02-0052 |

**INMATE / ENTITY SHEET**

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| Smith | Lynard | A | D-89280 | M | Bla | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | 19 | ☐ YES | | | / / | ☐ YES | | |
| ☒ SUSPECT | | ☒ NO | | | | ☒ NO | | BW-208L |
| ☐ WITNESS | ☐ CCCMS ☐ EOP ☐ DPP ☐ DMH ☐ MHCB ☐ DDP ☒ N/A | | | COMMITMENT OFFENSE | | | COUNTY OF COMMITMENT | |

DESCRIPTION OF INJURIES:

PRISON GANG / DISRUPTIVE GROUP

☒ N/A

☐ VALIDATED ☒ ASSOCIATED ☐ N/A

☐ HOSPITALIZED   ☐ TREATED & RELEASED   ☐ REFUSED TREATMENT   NAME/LOCATION OF HOSP./TREAT. FACILITY
☐ DECEASED DATE: _____   ☒ N/A   ☒ N/A

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | | ☐ YES | | | / / | ☐ YES | | |
| ☐ SUSPECT | | ☐ NO | | | | ☐ NO | | |
| ☐ WITNESS | ☐ CCCMS ☐ EOP ☐ DPP ☐ DMH ☐ MHCB ☐ DDP ☐ N/A | | | COMMITMENT OFFENSE | | | COUNTY OF COMMITMENT | |

DESCRIPTION OF INJURIES:

PRISON GANG / DISRUPTIVE GROUP

☐ N/A

☐ VALIDATED ☐ ASSOCIATED ☐ N/A

☐ HOSPITALIZED   ☐ TREATED & RELEASED   ☐ REFUSED TREATMENT   NAME/LOCATION OF HOSP./TREAT. FACILITY
☐ DECEASED DATE: _____   ☐ N/A   ☐ N/A

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | | ☐ YES | | | / / | ☐ YES | | |
| ☐ SUSPECT | | ☐ NO | | | | ☐ NO | | |
| ☐ WITNESS | ☐ CCCMS ☐ EOP ☐ DPP ☐ DMH ☐ MHCB ☐ DDP ☐ N/A | | | COMMITMENT OFFENSE | | | COUNTY OF COMMITMENT | |

DESCRIPTION OF INJURIES:

PRISON GANG / DISRUPTIVE GROUP

☐ N/A

☐ VALIDATED ☐ ASSOCIATED ☐ N/A

☐ HOSPITALIZED   ☐ TREATED & RELEASED   ☐ REFUSED TREATMENT   NAME/LOCATION OF HOSP./TREAT. FACILITY
☐ DECEASED DATE: _____   ☐ N/A   ☐ N/A

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | | ☐ YES | | | / / | ☐ YES | | |
| ☐ SUSPECT | | ☐ NO | | | | ☐ NO | | |
| ☐ WITNESS | ☐ CCCMS ☐ EOP ☐ DPP ☐ DMH ☐ MHCB ☐ DDP ☐ N/A | | | COMMITMENT OFFENSE | | | COUNTY OF COMMITMENT | |

DESCRIPTION OF INJURIES:

PRISON GANG / DISRUPTIVE GROUP

☐ N/A

☐ VALIDATED ☐ ASSOCIATED ☐ N/A

☐ HOSPITALIZED   ☐ TREATED & RELEASED   ☐ REFUSED TREATMENT   NAME/LOCATION OF HOSP./TREAT. FACILITY
☐ DECEASED DATE: _____   ☐ N/A   ☐ N/A

AGO - 19

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART B2- STAFF**
CDC 837-B2 (09/03)

DEPARTMENT OF CORRECTIONS

PAGE __4__ OF __11__

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| CTF | Central | CTF-CEN-02-02-0058 |

**STAFF/ENTIRE SHEET**

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| Davis | Steven | G | Correctional Officer | M | Whi | T/W |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☒ PRIMARY ☐ CAMERA | ~~[redacted]~~ | ~~[redacted]~~ | CR-64 | Culinary |
| ☐ RESPONDER | DESCRIPTION OF INJURIES: | | | |
| ☐ WITNESS | | | | |
| ☒ VICTIM | ☒ N/A | | | |

| ☐ HOSPITALIZED  ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | ☐ YES  ☒ NO | ☐ YES  ☒ NO |
| ☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | TYPE: _____ | |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| McCoy | C. | J. | Correctional Officer | M | Whi | F/S |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☐ PRIMARY ☐ CAMERA | ~~[redacted]~~ | | 1154 | Dining Room #2 |
| ☒ RESPONDER | DESCRIPTION OF INJURIES: | | | |
| ☐ WITNESS | | | | |
| ☐ VICTIM | ☒ N/A | | | |

| ☐ HOSPITALIZED  ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | ☐ YES  ☒ NO | ☐ YES  ☒ NO |
| ☐ DECEASED DATE: _____ ☒ N/A | ☒ N/A | TYPE: _____ | |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| | | | | | | |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☐ PRIMARY ☐ CAMERA | | | | |
| ☐ RESPONDER | DESCRIPTION OF INJURIES: | | | |
| ☐ WITNESS | | | | |
| ☐ VICTIM | ☐ N/A | | | |

| ☐ HOSPITALIZED  ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | ☐ YES  ☐ NO | ☐ YES  ☐ NO |
| ☐ DECEASED DATE: _____ ☐ N/A | ☐ N/A | TYPE: _____ | |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| | | | | | | |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☐ PRIMARY ☐ CAMERA | | | | |
| ☐ RESPONDER | DESCRIPTION OF INJURIES: | | | |
| ☐ WITNESS | | | | |
| ☐ VICTIM | ☐ N/A | | | |

| ☐ HOSPITALIZED  ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | ☐ YES  ☐ NO | ☐ YES  ☐ NO |
| ☐ DECEASED DATE: _____ ☐ N/A | ☐ N/A | TYPE: _____ | |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| | | | | | | |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| ☐ PRIMARY ☐ CAMERA | | | | |
| ☐ RESPONDER | DESCRIPTION OF INJURIES: | | | |
| ☐ WITNESS | | | | |
| ☐ VICTIM | ☐ N/A | | | |

| ☐ HOSPITALIZED  ☐ TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| ☐ REFUSED TREATMENT | | ☐ YES  ☐ NO | ☐ YES  ☐ NO |
| ☐ DECEASED DATE: _____ ☐ N/A | ☐ N/A | TYPE: _____ | |

STATE OF CALIFORNIA                                                                        DEPARTMENT OF CORRECTIONS

**CRIME / INCIDENT REPORT**
**PART A1 - SUPPLEMENT**
CDC 837-A1 (09/03)

| PAGE _4A_ OF _11_ | INCIDENT LOG NUMBER CTF-CEN-05-02-0058 |

| INSTITUTION CTF | FACILITY Central | DATE OF INCIDENT 02/21/05 | TIME OF INCIDENT 05:40 |

TYPE OF INFORMATION:
☐ SYNOPSIS/SUMMARY OF INCIDENT  ☒ SUPPLEMENTAL INFORMATION  ☐ AMENDED INFORMATION  ☐ CLOSURE REPORT

**NARRATIVE:**

The following staff member is to be added to the above incident log number report:

Last Name:  Adams
First Name:  Steve
Middle Initial:  A
Title:  Supervising Cook
Sex:  M
Ethnicity:  Black
RDO's:  W/Th
Role:  Witness
Badge #:  N/A
ID#:  2912300
Post #:  R-5
Position:  CSC
Injuries:  None
Use of Force:  None
Processed Evidence:  None


That concludes the information on the above named staff member.


☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL A1

| NAME OF REPORTING STAFF (PRINT/TYPE) D. Benedetti | TITLE Lt. | ID # | BADGE # |
| SIGNATURE OF REPORTING STAFF | | PHONE EXT. (INCIDENT SITE) 4038 | DATE 03/09/05 |
| NAME OF WARDEN / AOD (PRINT/SIGN) R. Pope | | TITLE Facility Captain | DATE 3-10-05 |

STATE OF CALIFORNIA
CRIME / INCIDENT REPORT
PART C- STAFF REPORT
CDC 837-C (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE __5__ OF __11__

INCIDENT LOG NUMBER
CTF-CEN-05-02-005X

| NAME: LAST | DAVIS | FIRST | Steven | MI G | DATE OF INCIDENT 2/2/05 | TIME OF INCIDENT 0540 |
|---|---|---|---|---|---|---|

| POST # CR-64 | POSITION Kitchen Officer | YEARS OF SERVICE 4 YR 11 MO. | DATE OF REPORT | LOCATION OF INCIDENT CTF Central Kitchen |
|---|---|---|---|---|

| RDO's T/W | DUTY HOURS 0400-1200 | DESCRIPTION OF CRIME / INCIDENT Threatening a Public Officer | CCR SECTION / RULE 3005(c) | N/A ☐ |
|---|---|---|---|---|

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☒ PRIMARY | ADAMS, CSI (S) | SMITH |
| ☐ RESPONDER | BAKER CSI (S) BR | Stephens (W) BR |
| ☐ WITNESS | | McClelland (W) |
| ☐ VICTIM | | |
| ☐ CAMERA | | |

| FORCE USED BY YOU | WEAPONS USED BY YOU | | SHOTS FIRED BY YOU | | |
|---|---|---|---|---|---|
| ☐ WEAPON | ☐ MINI-14 | CHEM TYPE: | TYPE: | NO: | NO: |
| ☒ PHYSICAL | ☐ 9 MM | ☐ OC ____ | 37 MM ____ | 9 MM ____ | |
| ☐ NONE | ☐ 38 CAL | ☐ CN ____ | L8 ____ | 38 CAL ____ | |
| FORCE OBSERVED BY YOU | ☐ SHOTGUN | ☐ CS ____ | 40 MM ____ | MINI-14 ____ | |
| ☐ WEAPON | ☐ 37 MM ☐ L8 | ☐ OTHER: ____ | 40 MULTI ____ | ☒ N/A ____ | |
| ☐ PHYSICAL | ☐ 40 MM ☐ 40 MULTI | ☒ N/A | | | |
| ☒ NONE | ☐ HFWRS ☐ BATON | | SHOTGUN ____ | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ YES ☒ NO | ☐ YES ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A ☐ UNKNOWN ☐ OTHER: | ☐ YES ☒ NO |

NARRATIVE:

① ON 2-2-05 AT APPROXIMATELY 0540 HOURS WHILE ASSIGNED AS THE CENTRAL FACILITY KITCHEN OFFICER, I OBSERVED INMATE SMITH, D-89280, BW-208L, ASSIGNED AS A PREPARATION COOK, DISPLAYING BEHAVIOR WHICH I VIEWED TO BE DISRUPTIVE. WHILE I WAS STANDING NEXT TO THE BUTCHER SHOP DOOR, I NOTICED INMATE SMITH STARING AT ME AS HE WALKED PAST, MOVING HIS HEAD IN AN UP AND DOWN MOTION AND MAKING LOUD NOISES. I COULDN'T UNDERSTAND WHAT HE WAS SAYING, ALTHOUGH A FEW OF THE WORDS SOUNDED LIKE "BLACK T-SHIRT". ABOUT TEN (10) MINUTES EARLIER, IN THE PRESENCE OF CSI ADAMS, COOK SUPERVISOR 1, I HAD VERBALLY COUNSELED INMATE

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE Correctional Officer | BADGE # ▓▓▓ | ID # ▓▓▓ | DATE 2/27/05 |
|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED 3-4-05 | APPROVED ☒ YES ☐ NO | CLARIFICATION NEEDED ☐ YES ☒ NO | DATE 3-4-05 |

Distribution: Original: Incident Package    Copy: Reporting Employee    Copy: Reviewing Supervisor

AGO - 22

CRIME / INCIDENT REPORT
PART C1 – SUPPLEMENT
CDC 837-C1 (Rev. 09/03)

PAGE __6__ OF __11__

INCIDENT LOG NUMBER
CTF-CEN- 05-02- 0058

| NAME: LAST | FIRST | MI |
|---|---|---|
| DAVIS | STEVEN | G |

TYPE OF INFORMATION:

☒ CONTINUATION OF REPORT    ☐ CLARIFICATION OF REPORT    ☐ ADDITIONAL INFORMATION

NARRATIVE: Smith about his disruptive behavior on the previous day. Inmate Smith had walked around the kitchen saying in a loud voice, "Who ya with?" while the other inmates responded back, "Who ya with?" and at one point I overheard an inmate respond back to Smith by saying, "The Bloods" (a recognized prison gang). During this counseling I informed inmate Smith that he would be receiving a write up for his disruptive behavior on the previous day, which was completely unacceptable and informed him that the next time he became disruptive, I would have him escorted out of the kitchen. Due to inmate Smith's current disruptive behavior, I contacted the Central Control Room via institutional radio, to request an escorting officer to escort a disruptive inmate out of the Culinary. I received information via institutional radio, that there were no escorting officers available and I would need to escort the inmate out of the Culinary. While utilizing the institutional radio for any available assistance, I watched inmate Smith continue to walk across floor and stare at me. I walked across the kitchen floor to inmate Smith, who stepped by the food steamers, and instructed him to leave the kitchen. Inmate Smith refused to comply with my instructions, I took a step towards him, placed my right hand on the back of his left upper arm and gave him a direct order to comply with my instructions and exit the Culinary. Inmate Smith pulled away from my grasp and stepped back. Due to his non compliance and physical actions, I activated my personal alarm device. I then gave inmate Smith additional orders to come with me, as I stepped towards him and again placed my right hand on the back of his left upper arm, in an effort to escort him out of the kitchen. Inmate Smith again pulled away from my grasp and then took a fighting stance with his right fist clenched and held at about shoulder level, his left fist clenched and held at about hip level, with his eyes were opened.

CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| [signature] | Correctional Officer | | | 2/27/05 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| [signature] Associate Warden, CT | 7-4-05 | ☒ YES  ☐ NO | ☐ YES  ☒ NO | 7-4-05 |

AGO - 23

CRIME / INCIDENT REPORT
PART C1 – SUPPLEMENT
CDC 837-C1 (Rev. 09/03)

PAGE 7 OF 11

INCIDENT LOG NUMBER
CTF-CEN-05-02-0058

NAME: LAST DAVIS     FIRST STEVEN     MI G

TYPE OF INFORMATION:

☒ CONTINUATION OF REPORT    ☐ CLARIFICATION OF REPORT    ☐ ADDITIONAL INFORMATION

NARRATIVE: WIDE AND HIS FACE SCRUNCHED, INMATE SMITH'S STATED "GET YOUR FUCKING HANDS OFF ME". I TOOK SEVERAL STEPS BACK AND DREW MY SIDE HANDLE BATON, UTILIZING A BASIC CROSS DRAW INTO A BASIC TUCK POSITION. RESPONDING STAFF ARRIVED AND CORRECTIONAL OFFICER C. MCCOY PLACED INMATE SMITH IN HANDCUFFS. I PLACED MY SIDE HANDLE BATON BAK INTO ITS RING AND INMATE SMITH WAS ESCORTED HHH OUT OF THE KITCHEN BY RESPONDING STAFF WITHOUT FURTHER INCIDENT.

CHECK IF NARRATIVE IS CONTINUED ON PART C1

SIGNATURE OF REPORTING STAFF     TITLE Correctional Officer     BADGE #     ID #     DATE 2/27/05

NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE)     DATE RECEIVED 3.4.05     APPROVED ☒ YES ☐ NO     CLARIFICATION NEEDED ☐ YES ☒ NO     DATE 7-4-05

AGO - 24

STATE OF CALIFORNIA
CRIME / INCIDENT REPORT
PART C- STAFF REPORT
CDC 837-C (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE ___ OF ___

| INCIDENT LOG NUMBER |
|---|
| CIR-CEN-05-02-0058 |

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| McCoy | Curtis | J. | 2-21-05 | 0525 hrs. |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 1154 | Dining Hall #2 | 10 YR — MO. | 2-21-05 | Central Kitchen |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| F/S | 0500-1300 | Threatening Staff | 3005 (c) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ PRIMARY | B. Banda (S) | unknown |
| ☒ RESPONDER | S. Davis (S) | |
| ☐ WITNESS | | |
| ☐ VICTIM | | |
| ☐ CAMERA | | |

| FORCE USED BY YOU | WEAPONS USED BY YOU | | SHOTS FIRED BY YOU | | |
|---|---|---|---|---|---|
| ☐ WEAPON | ☐ MINI-14 | CHEM. TYPE: | TYPE: | NO: | NO: |
| ☐ PHYSICAL | ☐ 9 MM | ☐ OC ___ | 37 MM ___ | 9 MM ___ | |
| ☒ NONE | ☐ 38 CAL | ☐ CN ___ | L8 ___ | 38 CAL ___ | |
| FORCE OBSERVED BY YOU | ☐ SHOTGUN | ☐ CS ___ | 40 MM ___ | MINI-14 ___ | |
| ☐ WEAPON | ☐ 37 MM   ☐ L8 | ☐ OTHER: ___ | 40 MULTI ___ | ☒ N/A | |
| ☐ PHYSICAL | ☐ 40 MM   ☐ 40 MULTI | ☒ N/A | | | |
| ☒ NONE | ☐ HFWRS   ☐ BATON | | SHOTGUN ___ | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY   ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN | ☒ NO |
| | | | ☐ OTHER: ___ | |

NARRATIVE:

On 2-21-05 at 0525hrs. I responded to the Central Kitchen, where I observed C/o S. Davis with his baton drawn in his right arm in a basic tuck position. His left arm was approximately 12 inches from Inmate Smith, D-89280, X-206 in a bladed stance position.

Sergeant B. Banda asked Davis what the problem was, and Davis stated "He needs to be escorted

☒ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| [signature] | Correctional Officer | [redacted] | [redacted] | 2-28-05 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| [signature] CT | 3-9-05 | ☒ YES  ☐ NO | ☐ YES  ☒ NO | 3-9-05 |

Distribution: Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

AGO - 25

CRIME / INCIDENT REPORT
PART C1 – SUPPLEMENT
CDC 837-C1 (Rev. 09/03)

PAGE _26_ OF _27_

INCIDENT LOG NUMBER
CTF-CEN- OS-O2-OO58

| NAME: LAST | FIRST | MI |
|---|---|---|
| McCoy | Curtis | J. |

TYPE OF INFORMATION:

☐ CONTINUATION OF REPORT    ☐ CLARIFICATION OF REPORT    ☐ ADDITIONAL INFORMATION

NARRATIVE:

out. He's Causing a disturbance". At this time I placed Smith in Mechanical Restraints, and he was escorted out of the kitchen.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE Correctional Officer | BADGE # | ID # | DATE 2-28-05 |
|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED 3-2-05 | APPROVED ☑ YES ☐ NO | CLARIFICATION NEEDED ☐ YES ☑ NO | DATE 3-2-05 |

DEPARTMENT OF CORRECTION

AGO - 26

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
**CRIME / INCIDENT REPORT**
**PART C- STAFF REPORT**
CDC 837-C (Rev. 09/03)

PAGE _ID_ OF _2/1_   INCIDENT LOG NUMBER  QTY· Cen -05-02-0558

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Adams | Steve | A | 2/21/05 | 0540 AM |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| R-5 | CSC | 3 YR. 2 MO. | 2/21/05 | CTF CULINARY CENTR |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE ☐ N/A |
|---|---|---|---|
| W/THU | 0300-1100 | THREATING STAFF | 3005 (c) |

**YOUR ROLE**

☐ PRIMARY
☐ RESPONDER
☑ WITNESS
☐ VICTIM
☐ CAMERA

WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER)
----------

INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS)
Smith 089280

**FORCE USED BY YOU**
☐ WEAPON
☐ PHYSICAL
☑ NONE

**FORCE OBSERVED BY YOU**
☐ WEAPON
☐ PHYSICAL
☑ NONE

**WEAPONS USED BY YOU**
☐ MINI-14
☐ 9 MM
☐ 38 CAL
☐ SHOTGUN
☐ 37 MM    ☐ L8
☐ 40 MM   ☐ 40 MULTI
☐ HFWRS   ☐ BATON

CHEM. TYPE:
☐ OC ____
☐ CN ____
☐ CS ____
☐ OTHER: ____
☐ N/A

**SHOTS FIRED BY YOU**

| | TYPE: | NO: | | NO: |
|---|---|---|---|---|
| 37 MM | | | 9 MM | |
| L8 | | | 38 CAL | |
| 40 MM | | | MINI-14 | |
| 40 MULTI | | | ☐ N/A | |
| SHOTGUN | | | | |

**EVIDENCE COLLECTED BY YOU**
☐ YES
☐ NO

EVIDENCE DESCRIPTION
☐ N/A

EVIDENCE DISPOSITION
☐ N/A

BIO HAZARD
☐ YES
☐ NO

PPE
☐ YES
☐ NO

**REPORTING STAFF INJURED**
☐ YES
☑ NO

DESCRIPTION OF INJURY
☐ N/A

LOCATION TREATED (HOSPITAL / CLINIC)
☑ N/A

FLUID EXPOSURE
☐ BODILY   ☑ N/A
☐ UNKNOWN
☐ OTHER: ____

SCIF 3301 / 3067 COMPLETED
☐ YES
☐ NO

**NARRATIVE:**

ON 2/21/05, AT APPROXIMATELY 0540 HRS, I/M SMITH, CDC 089280, ASSIGNED TO POSITION MKWFC.223 WITH RDO'S ON THURSDAY AND FRIDAY, APPROACHED ME CSC ADAMS AND ASKED ME "HAVE I DONE ANYTHING DEVASTING THIS MORNING" AND I REPLIED NO, AND C/O DAVIS APPROACHED US AND STATED " I/M SMITH I AM ESCORTING YOU OUT OF THE CULINARY, LET'S GO" C/O DAVIS GRASPED I/M SMITH BY HIS LEFT ARM TO

☑ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| Steve Adam | CSC | | | 2/21/05 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| R.M. Moore | 3-4-05 | ☑ YES ☐ NO | ☐ YES ☑ NO | |

Distribution:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**CRIME / INCIDENT REPORT**
**PART C1- SUPPLEMENT**
CDC 837-C1 (Rev. 09/03)

PAGE _2_ OF _11_

INCIDENT LOG NUMBER
CTF-CEN- 05-02-005

| NAME: LAST | FIRST | MI |
|---|---|---|
| ADAMS | STEVE | A. |

TYPE OF INFORMATION:

☑ CONTINUATION OF REPORT ☐ CLARIFICATION OF REPORT ☐ ADDITIONAL INFORMATION

NARRATIVE:

ESCORT HIM. I/M SMITH SAID "WHY ARE YOU PUTTING YOUR HANDS ON ME." AND I/M SMITH SLIGHTLY PULLED AWAY FROM C/O DAVIS. C/O DAVIS AGAIN SAID, "I AM ESCORTING YOU OUT." AND AGAIN I/M SMITH PULLED AWAY FROM C/O DAVIS WHEN THE OFFICER ATTEMPTED TO GRASP HIS LEFT ARM. AFTER I/M SMITH REFUSED THE SECOND TIME, C/O DAVIS STEPPED BACK AND ACTIVATED HIS PERSONAL ALARM. AND DREW HIS SIDE HANDLE BATON. C/O DAVIS STOOD IN ONE POSITION WATCHING I/M SMITH, AND I/M SMITH DID NOT MOVE OR SAY ANYTHING. RESPONDING STAFF ARRIVED AND C/O McCOY PLACED MECHANICAL RESTRAINTS ON I/M SMITH AND HE WAS ESCORTED OUT OF THE KITCHEN.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| *(signature)* | CSC. | | | 2/21/05 |

NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE)
L.M. MOORE

| DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|
| 3-4-05 | ☑ YES ☐ NO | ☐ YES ☑ NO | |

Distribution:    Original: Incident Package    Copy: Reporting Employee    Copy: Reviewing Supervisor