# EXHIBIT D

STATE OF CALIFORNIA                                                                                              DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

| DISTRIBUTION: | |
|---|---|
| WHITE-CENTRAL FILE | CANARY-WARDEN |
| BLUE-INMATE (2ND COPY) | PINK-HEALTH CARE MGR |
| GREEN- ASU | GOLDENROD-INMATE (1ST COPY) |

| INMATE'S NAME | CDC NUMBER | HOUSING |
|---|---|---|
| SMITH, L. | D89280 | FR: BW-208L  TO: XW-206L 238 |

## REASON(S) FOR PLACEMENT (PART A)

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHER
[ ] JEOPARDIZED INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
[X] ENDANGERS INSTITUTION SECURITY     [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:
On this date, 2/26/05, you, Inmate SMITH, D-89280, BW-208L, are being transferred from Unit I, BW-208L to Unit II, XW-206L, and placed on Administrative Segregation Status, due threatening Staff. Specifically, on 2/21/05, at approximately 0540 hours, while in the CTF-Central Kitchen, C/O S. Davis made an attempt to escort you out of the kitchen. C/O Davis placed his right hand on the back of your left upper arm. You pulled away and took a fighting stance. You clenched your right fist and held it at about shoulder level. You clenched your left fist and held it about hip level. You stated to C/O Davis, "get your fucking hands off me!" Your actions caused C/O Davis to take several steps back. Utilizing a basic cross draw, he drew his state issued side handle baton into the basic tuck position. You will remain on Administrative Segregation status pending adjudication of the RVR for Threatening Staff and review by ICC for appropriate program / housing needs. As a result of the AD/Seg placement your credit earnings, custody level, privilege group and visiting status are subject to change. This placement is authored by D.M. Benedetti, Correctional Lieutenant 3/W, CTF-Central Facility.

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)     [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE:

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINT NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 2/26/05 | D.M. Benedetti | [signature] | Lieutenant |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| 2/26/05 | 1910 | [illegible] | [signature] | [illegible] |

[ ] INMATE REFUSED TO SIGN     [signature] INMATE SIGNATURE     CDC NUMBER

## ADMINISTRATIVE REVIEW (PART B)
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

### STAFF ASSISTANT (SA)
STAFF ASSISTANT'S NAME          TITLE

### INVESTIGATIVE EMPLOYEE (IE)
INVESTIGATIVE EMPLOYEE'S NAME       TITLE

IS THIS INMATE:
| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| LITERATE?? | [X] | [ ] | EVIDENCE COLLECTION BY IE UNNECESSARY | [X] | [ ] |
| FLUENT IN ENGLISH?? | [X] | [ ] | DECLINED ANY INVESTIGATIVE EMPLOYMENT | [X] | [ ] |
| ABLE TO COMPREHEND ISSUES?? | [X] | [ ] | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [X] | [ ] |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS?? | [X] | [ ] | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [X] | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED?? | [X] | | | | |

Any "NO" requires assignment                                                  Any "NO" requires assignment
[X] NOT ASSIGNED                                                              [X] NOT ASSIGNED

### INMATE WAIVERS
[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER     [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME
[X] NO WITNESSES REQUESTED BY INMATE     INMATE SIGNATURE: Smith  D-89280   DATE: 2/28/05

### WITNESSES REQUESTED FOR HEARING
| WITNESS NAME | TITLE/CDC NUMBER | WITNESS NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| | | | |

DECISION: [ ] RELEASE TO UNIT/FACILITY _____   [X] RETAIN PENDING ICC REVIEW   [ ] DOUBLE CELL   [ ] SINGLE CELL PENDING ICC

REASON FOR DECISION: Presents a threat to the safety and security of the institution.

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| M. Moore | Fac Capt (a) | 2/28/05 | 1255 | [signature] |

CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary)    CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary)    DATE OF REVIEW

See Chronological Classification Review document (CDC 128-G) for specific hearing information

AGO - 29