# EXHIBIT E

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

TREAT AS ORIGINAL
2ND LEVEL
Location: Institution/Parole Region: CTF-C    Log No. 05-00663    Category 7
JUN 13 2005

CENTRAL FILE COPY — STAFF COMPLAINT

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: L. SMITH    NUMBER: D-89280    ASSIGNMENT: A.M. COOK    UNIT/ROOM NUMBER: B-208L

A. Describe Problem: IN ACCORDS WITH PENAL CODE 832.5 I AM FILING THIS DOCUMENT AS A CITIZEN'S COMPLAINT AGAINST C/O DAVIS. ON THE MORNING 2/21/05 WHILE WORKING AS AN A.M. COOK C/O DAVIS VIOLENTLY ASSAULTED ME FROM BEHIND BY YANKING MY ARM TWICE WHILE I WAS ENGAGED IN A CONVERSATION WITH MY SUPERVISOR A.M. COOK ADAMS. I TURNED TO SEE WHO WAS YANKING ON ME, AND TO MY SHOCK IT WAS C/O DAVIS. I ASKED HIM WHY DID HE HAVE HIS HANDS ON ME, HE THEN PUSHED HIS ALARM AND PULLED OUT HIS BATON, AND PUT IT IN MY FACE AS I STOOD THERE WITH MY HAND CALMLY FOLDED

If you need more space, attach one additional sheet. BEHIND MY BACK, I WAS SUBSEQUENTLY CUFFED AND

B. Action Requested: I REQUEST THAT C/O DAVIS FORMALLY APOLOGIZE IN WRITING FOR ATTACKING ME UNPROVOKED, AND THAT HE UNDERGOES EXTENSIVE TRAINING ON POLICIES AND PROCEDURES WITH RESPECT TO INMATE(S) DEALINGS. I FURTHER REQUEST THAT I SUFFER NO REPRISALS AS A RESULT OF FILING THIS COMPLAINT

Inmate/Parolee Signature: L. Smith    Date Submitted: 2/25/05

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

BYPASS

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing, within 15 days of receipt of response.

BYPASS
RECEIVED
RECEIVED
MAY 12 2005
JUN 13 2005
FEB 28 2005
CTF APPEALS

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number: 05-00663
Board of Control form BC-1E, Inmate Claim

First Level  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____ FEB 28 2

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: APR 12 2005

Interviewed by: _____

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved: _____ Returned
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

CCI GIBSON RETURNED 602 TO ME ON 5-9-05. C/O DAVIS USED FALSIFIED INFORMATION ON A CDC-115 TO PLACE ME IN Ad./SEG. TO COVER UP HIS MISCONDUCT IN COLLUSION WITH LT. BENEDETTI. SEE ALSO LOG NO. CTF-C-05-01320

Signature: L. Smith     Date Submitted: 5/9/05

Second Level  ☐ Granted  ☒ P. Granted  ☐ Denied  ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☒ See Attached Letter

Signature: _____ AW     Date Completed: 6/8/05
Warden/Superintendent Signature: _____     Date Returned to Inmate: JUN 13 2005

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
☐ See Attached Letter
                                                                Date: _____

CDC 602 (12/87)

AGO - 31

DEPARTMENT OF CORRECTIONS
Correctional Training Facility
Soledad, California

SUPPLEMENTAL PAGE
First Level Appeal

To:   SMITH         D89280         XW-214U

RE:   CTF APPEAL LOG No. CTF-C-05-00663
      First Level Reviewer's Response

APPEAL DECISION:      *PARTIALLY GRANTED*

APPEAL ISSUE:         STAFF COMPLAINT

ACTION REQUESTED:

A. That Correctional Officer S. G. Davis apologize to you in writing for violently attacking you.

B. That Correctional Officer S. G. Davis receive training on California Department of Corrections' procedures concerning the treatment of the inmate population.

C. That there be no retaliation against you for filing your staff complaint against officer Davis.

D. That you remain housed in Central Facility.

APPEAL RESPONSE:

Inmate SMITH, in your appeal, and during a personal interview I conducted with you on March 26, 2005, you stated the following:

1. On 2/21/05, while you were present at your job in the Central Culinary, Officer S. G. Davis assaulted you from behind without any provocation on your part.

2. Upon your inquiry about his behavior, officer Davis pushed his personal alarm, and subsequently, you were taken to a holding cage.

3. You also stated that at this time your only requests in regard with this appeal is that your complaint be properly documented and filed, and that officer Davis apologize to you for his behavior.

On March 27, 2005, I interviewed officer S. G. Davis concerning this appeal. Officer Davis made no further statement other than what he stated in the Rules Violation Report (115) on Inmate Smith.

A thorough review of your appeal package, all of your attachments, and interviews with involved staff who you denoted in your complaint have been completed and reveals the following:

Mr. SMITH, you were afforded due process regarding your appeal. An inquiry regarding your allegation was initiated and all aspects of your appeal were fully investigated.

You are also advised that details of any investigation and any action taken against an employee will not be disclosed to inmates, other employees, or to the public.

Based on the above, your *appeal at the First Level Review is <u>PARTIALLY GRANTED</u> as your complaint against officer S. G. Davis has been documented, processed and filed. However, inmates do not dictate staff disciplinary action. Supervisory intervention is always initiated after receiving a complaint. The inmate/parolee appeal process is not set in place to facilitate staff reprimands and apologies. Personnel action taken shall remain confidential and will not be disclosed to inmates, other employees, or the public.*

A. J. Vasquez
Correctional Sergeant
CTF-C Culinary

DATE: 03/28/2005

J. Wiggins
Correctional Captain
CTF-Central Facility

DATE: 3-28-05

cc: Appeals Coordinator File
    Inmate's Central File
    Inmate

Noted:

DEPARTMENT OF CORRECTIONS
Correctional Training Facility
Soledad, California

## SUPPLEMENTAL PAGE
Second Level Appeal

Date: JUNE 07, 2005

To: SMITH, L.    CDC #: D89280    CELL: BW-208L

RE: CTF APPEAL LOG NO. *CTF-C-005-00663*
Second Level Reviewer's Response

**APPEAL DECISION:** PARTIALLY GRANTED

**APPEAL ISSUE:** Category: # 7  Topic: STAFF COMPLAINTS

**APPEAL RESPONSE:**

Mr. Smith,

A thorough review of your 602 Inmate Appeals package reveals that:

1) You claim that on the morning of February 21, 2005, while working as Central Culinary A.M. Cook, Correctional Officer S.G. Davis assaulted you from behind by yanking your arm twice while you were engaged in a conversation with your supervisor.

2) You claim that after you questioned Officer Davis about his behavior, he activated his personal alarm and retrieved his personal baton from his side.

3) Upon being placed in mechanical restraints, you were escorted to a Central Holding Cell for approximately 2 hours while the incident was being investigated.

4) On March 26, 2005, A.J. Vasquez, Culinary Sergeant, interviewed you concering you alleagetions of staff misconduct. At the interview, you reiterated your complaint as written in your 602 Inmate Appeal, Log # CTF-C-05-00663.

5) On March 27, 2005, Segeant A.J. Vasquez interiewed Correctional Officer S. Davis regarding your allegations against him.

AGO - 34

Second Level Response                    2
Inmate SMITH, L.
CDC# D89280
Log # CTF-C-05-00663

    Based on a review of your 602 Inmate Appeals package and all pertinent information regarding your appeal:

    You have been informed at the First Level of Review by Correctional Sergeant A.J. Vasquez that you were afforded due process regarding your appeal. You were also informed that an inquiry regarding your allegations of Officer Davis's misconduct was initiated and all aspects of your appeal were fully investigated. Sergeant Vasquez further advised you that the findings of the investigation and any action taken against an employee, if any, will not be disclosed to inmates, other employees, or to the public.

Based upon the aforementioned, your appeal is *PARTIALLY GRANTED* at the *SECOND* Level of review. Your complaint against Correctional Officer S.G. Davis has been documented, processed, and filed. As stated in the First Level Response, actions taken against personnel shall remain confidential and will not be disclosed.

Reviewed By: _____        6/8/05
              W. Hill, Associate Warden, Central Housing      Date

_____        6/9/05
A.P. Kane, Warden (A)                                Date

cc: Appeals Office File
     Inmate's Central File