# EXHIBIT F

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. CTF-C
2. JUN 17 2005

Log No.: 1. 05-01320
2. _____

Category: _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: SMITH
NUMBER: D-89280
ASSIGNMENT: UNASS.
UNIT/ROOM NUMBER: XW-343

**A. Describe Problem:** PURSUANT TO CCR TIT. 15, SEC. 3021 "FALSIFICATION OF RECORDS OR DOCUMENTS". ON 2/27/05 C/O DAVIS FILED A FALSIFIED RVR CDC-115 LOG NO. I-02-05-16 "THREATENING A PUBLIC OFFICIAL" AGAINST THIS WRITER. THE RVR CDC-115 LOG NO. I-02-05-16 WAS DRAMATICALLY REDUCED TO A LESSER CHARGE OF CCR TIT. 15, SEC. 3005.(b), AND THE HIGHLY FALSE CHARGES OF "THREATENING A PUBLIC OFFICIAL" WAS DROPPED DUE TO TWO (2) FREE STAFF EYEWITNESSES, CSC ADAMS AND CSC BAKER, WHO WAS BOTH PRESENT DURING THE FALSE ALLEGED INCIDENT, AND WHO

If you need more space, attach one additional sheet.

**B. Action Requested:** FOR CDC-115 AND CDC-128 WRITTEN BY C/O DAVIS TO BE DISMISSED AND REMOVED FROM MY C-FILE DUE TO C/O DAVIS' FALSIFICATION OF STATE DOCUMENTS

Inmate/Parolee Signature: Lynnard Smith
Date Submitted: 4/21/05

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response: BYPASS

Staff Signature: _____  Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____  Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim.

RECEIVED APR 2 5 2005 CTF APPEALS
RECEIVED JUN 17 2005 CTF APPEALS
RECEIVED JUN 30 2005 INMATE APPEALS BRANCH

CDC Appeal Number: 05-01320

DEPARTMENT OF CORRECTIONS
Correctional Training Facility
Soledad, California

SUPPLEMENTAL PAGE

RE:   CTF APPEAL LOG No. *CTF-C-05-01320*
      Second Level Reviewer's Response

*SMITH*                           *D-89280*                           *XW-343*

APPEAL DECISION:

   *DENIED*

APPEAL ISSUE: (1 - Disciplinary)

   Dismiss Rules Violation Report (RVR) Log # I-02-05-16 dated 2/21/05 for "THREATENING A PUBLIC OFFICIAL" and remove the by CDC 128 by C/O Davis.

APPEAL RESPONSE:

   Appellant stated the following in his appeal:

   (1) CSC Adams and CSC Baker contradict C/O Davis' version of the alleged incident; i.e., at no time was I displaying any type of past or present behavior to be placed in mechanical restraints.

On 05/31/05, appellant was interviewed by the CTF Appeals Coordinator, Mr. W.B. Childress, Correctional Counselor II, to provide him the opportunity to explain his appeal and present supporting information or documents. During the interview appellant stated in essence that CCR 3268.2(a)(2) was violated.

Inmate SMITH, CDC # D-89280 is not in the MHSDS. The designated level of care is Not Applicable. Consequently a CDC Form 115X, Rules Violation Report: Mental Health Assessment Request was not completed as he did not display any bizarre, unusual, or uncharacteristic behavior at the time of the infraction or the hearing. It is noted Inmate SMITH, CDC # D-89280 is fluent in English and does not have a T.A.B.E Reading Score below 4.0.

A thorough review of appellant's appeals package, all of his attachments, and his Central File has been completed and reveals the following:

On 2/21/05, Inmate SMITH was issued a CDC 115, RVR Log # I-02-05-16 for the specific act of "THREATENING A PUBLIC OFFICIAL."

Inmate SMITH received all documentation to be relied upon more than twenty-four hours prior to the hearing. The appellant was present at the hearing on 4/15/05. The charges were read to him, and he pled NOT GUILTY, stating "Inmate SMITH made no statement at the hearing."

The Senior Hearing Officer (SHO), Correctional Lieutenant, J. Vera found Inmate SMITH GUILTY based on the following: "Refusal to Obey Orders to be Escorted Out or Cuff up," a Division (F) offense. This finding was base upon a preponderance of the evidence submitted at the hearing, which does substantiate the finding.

REGULATIONS: The rules governing the issues are:

California Code of Regulations (CCR), Title 15, Section 3005(c)
California Code of Regulations (CCR), Title 15, Section 3315(e) (I)
California Code of Regulations (CCR), Title 15, Section 3320(a-f) (I)
California Code of Regulations (CCR), Title 15, Section 3268.2

The First Formal Level of Review was bypassed per California Codes of Regulations (CCR) 3084.5(b)(4).

1) Appellant stated CSC Adams and CSC Baker contradict C/O Davis' version of the alleged incident, i.e., at no time was I displaying any type of past or present behavior to be placed in mechanical restraints.

A review of CDC 115 Log# I-02-05-16 dated 02/21/05 for Threatening a Peace Officer noted at the conclusion of the hearing SHO, Lt. I. Vera reduced the initial charge to a lesser charge of "Refusal to Obey Orders to be Escorted Out or Cuff Up" a division "F" offense.

A review of the hearing procedures and time limitations noted that appellant requested his hearing be postponed pending outcome of referral for prosecution. The CDC 115A noted the "Date Notice of Outcome Received' as 03/18/05, however this is incorrect, the correct date is 03/16/05. The hearing was held/completed 04/18/05 which is not in compliance with CCR 3320(f)(4). Consequently the thirty (30) days forfeiture of credit loss must be disallowed.

It is noted appellant did not request any staff or inmate witnesses at the hearing. The SHO found appellant guilty of a lesser and included charged based upon a preponderance of evidence (refer to CDC 115C page 3 of 3).

2) Appellant stated CCR Title 15 3268.2 (a)(2) was violated.

    CCR 3268.2 references use of restraints. CTF staff upon responding to an alarm situations were in compliance with CCR Title 15 3268.2 (Use of Restraints). Additionally, the use of restraints by staff has no relevance to appellants' requested action to dismiss the CDC 115.

Appellant has not provided any new or additional information upon which to change the disposition of the Senior Hearing Officer, Correctional Lieutenant, J. Vera or information that would substantiate his claim to dismiss the CDC 115, RVR Log # I-02-05-16 dated 2/21/05.

Appellant was afforded due process, and he was found guilty based on a preponderance of the evidence presented at the hearing. Therefore, based on the aforementioned, appellant's appeal to dismiss the CDC 115 is being *DENIED* at the Second Level of Review. However, the CDO shall disallow the thirty (30) day forfeiture of credit as procedural time limits were violated.

Reviewed By: _____    6-16-05
    P. Barker, Chief Deputy Warden, Central    Date

_____    6/16/05
A. P. Kane, Warden (A)    Date

WBC/ejr

cc:    Appeals Office File
       Inmate's Central File

AGO - 39