# EXHIBIT G

NUMBER: D-89280    NAME: SMITH    HOUSING: ~~XYY~~    CDC-128G (REV. 4/74)

CUSTODY:   MED A         RELEASE: MEPD 11-24-2002
RECLASS:   06-01-05      C/S: 19
PRIV. GR.: B             WORK GR.: A2

SUMMARY: I.C.C.: RX RELEASE TO CTF NORTH PENDING TX. EST MED-A CUSTODY WG/PG A2/B EFF 05-12-05 PLACE ON THE S/S WL. REFER TO THE CSR FOR TX REVIEW. RX SOL II, WITH ALT OF ASP II UPON ADVERSE TX WG/PG WILL REVERT TO A2/B.

Inmate Smith appeared before ICC for his scheduled Ad Seg review. Subject was placed in Ad Seg on 02/26/05, for Threatening Staff. Subject was issued an RVR for the above charge that resulted in a Guilty Finding of a lesser but included offense "refusal to obey orders. A threat assessment worksheet was completed by Captain R. Pope which indicates that Smith cannot be housed at CTF due to the Reporting Employee belief that his safety would be at risk. The ICC elected to release Subject from Ad Seg to North Facility pending TX. And refer the case to the CSR for TX Consideration RX SOL II, with ALT of ASP II. Establish MED A custody, WG/PG to A2/B effective 05-12-05. D1/D EFF 02-26-05 through 05-11-05. And place him on the S/S W/L. Case Factor remain the same as noted on the 128-G dated 07-17-01. Subject is a 38 year old 1st termer received in CDC on 06-24-1988 from LA County for Murder I, Sex offenses: none, Arson: none, Escapes: 02-12-68 from a state camp with force. Enemies: noted, Gang Affiliation: 90th St. Crip. Disability: none, DDP CODE:NCF, Medical, FD/C TB code 22 per 128C dated 05-07-04. CCF, MCCF, MSF, CCRC not eligible due to life term. The subject states he understands the Committee's action. ASU yard group was reviewed and remains the same. He was advised that if he was dissatisfied, a Second Level Appeal must be submitted within 15 day of receipt of this chrono. Confidential File has been reviewed and noted. Subject does meet double cell housing eligibility per CDC policy. GPL: GED. RPL: UNK. Psychiatric concerns: NONE. The subject was interviewed by Dr. B. Zika during ICC, in regard to any psychiatric concerns. When asked for comments regarding today's ICC action, Subject declined to make any further comments.

CHAIRPERSON: A. P KANE WARDEN          RECORDER: J. L. SARELI, CCII
PANEL: J. SOLIS CDW;                    FC (A) L. HANCOCK; B. ZIKA; PHD;
D. GIBSON CCI; J.L SARELI CCII /jls

DIST:  C-FILE
       INMATE

DATE: 05-12-05



AGO - 40