# EXHIBIT H

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

2ND LEVEL

Location: Institution/Parole Region    Log No.    Category
1. CTF-C                                1. 05-01802    25-9
   OCT 11 2005
2.                                      2.

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| SMITH | D-89280 | UNASSIGNED | LB-234 |

A. Describe Problem: ON 6-2-05 I RECEIVED MY I.C.C CHRONO. ON 5-12-05 I ATTENDED I.C.C. AT CTF-CENTRAL X-WING AD/SEG, THE PANEL MEMBER J. SOLIS CDW, ELECTED TO SEND ME TO NORTH FACILITY A-YARD LEVEL-III, PLACED ME UP FOR TRANSFER BEHIND ME BEING FOUND GUILTY OF "REFUSAL TO OBEY ORDERS" CDC-115, AND THE REPORTING EMPLOYEE'S BELIEF THAT HIS SAFETY WOULD BE AT RISK. THE PANEL IS COVERING UP THE FACT THAT 1.) THE REPORTING EMPLOYEE C/O S. DAVIS "PHYSICALLY ASSAULTED" ME ON 2-21-05; 2.) THE REPORTING EMPLOYEE C/O S. DAVIS USED "UNNECESARY FORCE AGAINST ME ON 2-21-05; 3.) THE REPORTING EMPLOYEE C/O S. DAVIS FALSIFIED A CDC-11

If you need more space, attach one additional sheet.

B. Action Requested: TRANSFERRED BACK TO CTF-CENTRAL; GIVING MY A1A WORK STATUS; ALL DOCUMENTS REMOVED FROM MY C-FILE PERTAINING TO THE FALSE ALLEGATIONS, AND NO MORE FURTHER REPISALS AGAINST ME.

Inmate/Parolee Signature: Lynnard Smith    Date Submitted: 6-5-05

C. INFORMAL LEVEL (Date Received: _____)

Staff Response:

BYPASS

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

RECEIVED

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

OCT 05 2005          JUN - 7 2005

CTF APPEALS

CDC Appeal Number:
05-01802

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

**BYPASS**

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved:                                                           Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

**BYPASS**

_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: **JUN 0 7 2005** ___ Due Date: **JUL 2 0 2005**

☒ See Attached Letter

Signature: _____ Date Completed: _9/29/05_

Warden/Superintendent Signature: _____O Ra____ Date Returned to Inmate _OCT 1 1 2005_

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter

Date: _____

CDC 602 (12/87)

... DOCUMENT TO PLACE ME IN AD/SEG., IN ATTEMPTS TO "COVER UP" HIS (C/O S. DAVIS') UNPROFESSIONAL CONDUCT ON 2-21-05; 4) AND ALSO C/O S. DAVIS FALSIFIED STATE DOCUMENTS AGAINST ME THAT WAS REFERRED TO MONTERREY DISTRICT ATTORNEY, FOR PROSECUTION WHICH WAS DENIED ("INCIDENT LOG # CTF-CEN-05-02-0058"). AT NO TIME DURING THE INCIDENT OF 2-21-05 WITH C/O S. DAVIS WAS I THREATENING TO HIM, THIS FACT WAS ATTESTED TO BY FREE STAFF CSC S. ADAMS; FREE STAFF CSC BAKER; AND A NUMBER OF INMATES ("SEE APPEAL LOG # CTF-C-05-00663"). Sgt. B. BANDA ASKED C/O S. DAVIS "WHAT THE PROBLEM WAS," ON THE MORNING OF 2-21-05, C/O S. DAVIS REPLIED "HE NEEDS TO BE ESCORTED OUT, HE'S CAUSING A DISTURBANCE" C/O S. DAVIS NEVER SAID HE FELT THREATENED BY ME ON 2-21-05 AFTER BEING QUESTIONED BY Sgt. B. BANDA. AFTER THE INCIDENT ON 2-21-05, I WAS STILL REPORTING TO MY JOB ASSIGNMENT AS AN AM COOK THE WHOLE WEEK UNTIL Lt. BENEDETTI PLACED ME IN AD/SEG, ON 2-28-05. THE REPORTING EMPLOYEE C/O S. DAVIS "WAS" THE REGULAR KITCHEN C/O ("POST ASSIGN. # CR-64"), C/O S. DAVIS WAS AT WORK, IN THE CULINARY, DURING THE 2-21-05 THRU 2-26-05, AND I WAS AT WORK DURING THIS WEEK OF 2-21-05 THRU 2-26-05, AT NO TIME DID I APPROACH C/O S. DAVIS TO TRY TO ENGAGE HIM IN ANY TYPE OF CONTROVERSY OR CONVERSATION AFTER HE (C/O S. DAVIS) ASSAULTED ME ON 2-21-05. "AFTER" I FILED MY CDC-602/CITIZEN COMPLAINT LOG # CTF-C-05-00663 ALLEGING EMPLOYEE MISCONDUCT BY C/O S. DAVIS ON 2-25-05, C/O S. DAVIS WAS "REMOVED" OUT OF HIS REGULAR POST ASSIGNMENT # CR-64 AND RE-ASSIGNED TO "C-WING 2ND WATCH DUTIES", DUE TO MY CDC-602/ CITIZEN COMPLAINT. Sgt. VASQUEZ ("CULINARY Sgt.") INTERVIEWED ME ON 3-24-05 AT APPROXIMATLY 1830 hrs ABOUT MY CDC-602/CITIZEN'S COMPLAINT LOG # CTF-C-05-00663 WHILE I WAS IN AD/SEG X-WING 214, Sgt. VASQUEZ INFORMED ME THAT THE REPORTING EMPLOYEE C/O S. DAVIS WAS "REMOVED" OUT OF HIS REGULAR POST ASSIGNMENT # CR-64, AND Sgt. VASQUEZ ATTEMPTED TO GET ME TO DROP MY CDC-602/CITIZEN'S COMPLAINT — I REFUSED, AND JUST SO HAPPEN MY CDC-602/CITIZEN'S COMPLAINT CAME UP MISSING AND

SAYING THAT HE FELLS THAT HIS SAFETY IS AT RISK, JUST ANOTHER SYNTHETIC SCHEME TO "COVER UP" HIS BLATENT UNPROFESSIONALISM MISCONDUCT AND ASSAULT ON ME, WHICH IS A DIRECT REPISAL AGAINST ME. THE PANEL ("J. SOLIS") IS CONDONING C/O S. DAVIS) MISCONDUCT BY TRANSFERRING ME OUT OF CTF-CENTRAL, TAKING MY ALA WORK STATUS AND PLACING ME AT NORTH FACILITY ALL BEHIND FABIFIED INFORMATION FROM C/O S. DAVIS. THE PANEL ("J. SOLIS") IS CONTINUING TO HELP C/O S. DAVIS IN COLLUSION, TO "COVER-UP" SAID OFFICERS ILL MISCONDUCT INSTEAD OF DEALING JUSTLY WITH C/O S. DAVIS FOR HIS UNPROFESSIONALIS IN THE APPROPRIATE MANNER.

Leynnard Smith D-89280
June 5, 2005

ATTACHMENT  APPEAL  LOG# CTF-C-05-01802
Second Level Review
Page 1 of 2

Smith  D-89280          Central Facility LB-234u

**Appeal Decision:**

Denied

Inmate Smith was interviewed on 9-22-05 by Correctional Lieutenant L. M. Moore.
There was a delay in the matriculation of this appeal due to the declared "State of
Emergency" at North Facility (see attached memo).

**Appeal Issue: Transfer**

You are appealing issue wherein you claim that the Institutional Classification
Committee (ICC) released you from Administrative Segregation (ADSEG) to North
Facility and placed you up for transfer.

You request that you be transferred back to Central Facility, that you be given your A1A
work status back, that all related documentation be removed from your C-File.

**Appeal response:**

Your (ADSEG) placement was the result of you being charged with "Threating Staff"
while you were housed at Central Facility. You also received Rules Violation Report
(CDC 115) of which you were found "Guilty".

A Threat Assessment was made regarding the issue and it was determined that a threat
continued to exist between you and the staff member assigned to Central Facility.
Therefore, it was determined that housing you at North Facility would be a lesser risk
than to re-house you at Central Facility.

It is noted that you may have filed a staff complaint regarding other issues concerning
your Adseg placement. Your complaint is separate and distinct from the ICC action that
was taken. Therefore, your appeal is denied at this level.

1

CTF Appeal Log No. CTF-C-05-01802
Second Level Reviewer's Response  (page 2 of 2)
Re: Inmate Smith D-89280

Reviewed By _____        Date: 9/29/05
        W. Hill, Associate Warden Housing

Approved By _____        Date: 10/3/05
        A. P. Kane, Warden (a) CTF Soledad

cc: Central File
        Appeals Office

2

AGO - 46

*cc: cow's*
*rew's-c*
*Co/Fac Capts*

Department of Corrections

*PIO*
*ERO*

State of California

# Memorandum

Date : September 12, 2005

To : John Dovey                    Via : Mike Knowles
     Director                            Deputy Director (A)
     Division of Adult Institutions      Division of Adult Institutions

Subject : **REQUEST FOR EXTENSION OF STATE OF EMERGENCY**

In accordance with Director's Rule 3383, I am requesting a fifth 30-day extension of the State of Emergency declared on April 15, 2005 (copy attached), for the Correctional Training Facility (CTF) and Salinas Valley State Prison (SVSP). This request is for the 30-day period of **September 13 through October 12, 2005.** An extension was previously granted for the 30-day period of August 14 through September 12, 2005.

As a result of extensive custody staff vacancies and the strain on basic security operations, I am requesting an additional extension of the State of Emergency to continue periodic program modifications due to staffing shortages. These program modifications are implemented when voluntary or involuntary overtime resources are unavailable to cover vacant posts. Program services beyond feeding, showers, medical appointments, and visiting are being provided as staff resources are available.

Based upon this ongoing situation, I am requesting approval for a fourth 30-day extension of the State of Emergency declared on April 15, 2005. Staffing levels are expected to continue to deteriorate until late June, with the arrival of several dozen new Correctional Officers at both CTF and SVSP from the Academy.

DERRAL G. ADAMS
Assistant Director (A)
High Security and Transitional Housing Section

Attachment

cc: A. P. Kane
    Mike Evans

SEP 2 0 2005

RECEIVED *AWC*

2005 SEP 19 A 10: 46

WARDENS OFFICE
CTF SOLEDAD

AGO - 47