1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  CHRISTOPHER M. YOUNG, State Bar No. 238532
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5553
    Fax: (415) 703-5843
8   Email: Chris.Young@doj.ca.gov

9  Attorneys for Defendant Davis

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| LYNNARD A. SMITH, | CASE NO. C 07-4089 JSW |
|---|---|
| Plaintiff, | DECLARATION OF N. GRANNIS SUPPORTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS |
| v. | |
| STEVEN G. DAVIS, | |
| Defendant. | |

I, N. GRANNIS, declare as follows:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as Chief of the Inmate Appeals Branch. I am competent to testify to the matters set forth herein, and if called on to do so, would and could so testify. I submit this declaration in support of Defendant's motion to dismiss.

2. I am familiar with various sections of title 15 of the California Code of Regulations that govern an inmate's appeal. For instance, section 3084.5 describes the levels of appeals that are available to an inmate. In order to exhaust available administrative remedies within the inmate appeals system, an inmate must proceed through several levels of review: (1) informal

Decl. Grannis Supp. Def.'s Mot. Summ. J. & Mot. Dismiss          Smith v. Davis
Case No. C 07-4089 JSW

1

review, (2) first formal written appeal on a CDC 602 inmate appeal form, (3) second formal level appeal to the institution head or designee, and (4) third formal level appeal to the Director of the California Department of Corrections and Rehabilitation. Specifically, section 3084.5(e)(2) provides that "[t]hird level review constitutes the director's decision on an appeal, and shall be conducted by a designated representative of the director under supervision of the chief, inmate appeals."

3. In the regular course of its business and administrative practices, the Inmate Appeals Branch keeps an electronic record of each inmate appeal that has proceeded through the Director's Level. When an appeal is received by the Inmate Appeals Branch and is accepted for review, it is given an appeal number and logged into the system. The following information is kept in the electronic record: appeal log number, the category (nature/subject) of the appeal, institutional log numbers, inmate's name and CDCR number, institution from which the appeal arises, the date that the appeal is received and closed, and final disposition of the appeal. The system was commenced in 1993.

4. Section 3084.3(c) describes the grounds for rejecting an inmate appeal. The Inmate Appeals Branch may reject an appeal if the appeal is not submitted within the appropriate time limits. Cal. Code Regs. tit. 15, § 3084.3(c)(6). An inmate must submit the appeal within fifteen working days of the event or decision being appealed, or of receiving an unacceptable lower level appeal decision. *Id.* at § 3084.6(c). An appeal that has been screened out does not constitute a final decision by the Director, and therefore an inmate must take further action to exhaust administrative remedies. In the regular course of its business and administrative practices, the Inmate Appeals Branch keeps an electronic record of each inmate appeal that has been screened-out. The system of maintaining spread-sheets on screened-out appeals commenced in 2000.

5. A search of the Inmate Appeals Branch's records was conducted for references to Plaintiff Lynnard Smith (Plaintiff) using his name and inmate number of D-89280. References to Plaintiff were located and a printout of those results was generated. The printout summarizes each and every appeal to the Director's Level of review which was filed by Plaintiff and

Decl. Grannis Supp. Def.'s Mot. Summ. J. & Mot. Dismiss

*Smith v. Davis*
Case No. C 07-4089 JSW

accepted for review from 1993 to April 23, 2008. A complete and accurate copy of the printout is attached hereto as Exhibit A.

6. The printout reveals that between February 21, 2005, and April 23, 2008, Plaintiff has had three inmate appeals accepted for review at the Director's Level.

7. Appeal 0503132 (institutional log number CTF-05-01320), categorized as a "Disciplinary" issue, was accepted for review on January 9, 2006. Appeal 0503132 was denied on March 29, 2006.

8. Appeal 0504581 (institutional log number CTF-05-01802), categorized as a "Transfer" issue, was accepted for review on October 25, 2005. Appeal 0504581 was denied on January 24, 2006.

9. Appeal 0716445 (institutional log number SOL-07-02033), categorized as a "Program" issue, was accepted for review on December 7, 2007. Appeal 0716445 was denied on March 17, 2008.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this ____ day of April 2008 at Sacramento, California.

_____
N. GRANNIS, Chief, Inmate Appeals Branch

Decl. Grannis Supp. Def.'s Mot. Summ. J. & Mot. Dismiss

*Smith v. Davis*
Case No. C 07-4089 JSW

1. accepted for review from 1993 to April 23, 2008. A complete and accurate copy of the printout is attached hereto as Exhibit A.

2. 6. The printout reveals that between February 21, 2005, and April 23, 2008, Plaintiff has had three inmate appeals accepted for review at the Director's Level.

3. 7. Appeal 0503132 (institutional log number CTF-05-01320), categorized as a "Disciplinary" issue, was accepted for review on January 9, 2006. Appeal 0503132 was denied on March 29, 2006.

4. 8. Appeal 0504581 (institutional log number CTF-05-01802), categorized as a "Transfer" issue, was accepted for review on October 25, 2005. Appeal 0504581 was denied on January 24, 2006.

5. 9. Appeal 0716445 (institutional log number SOL-07-02033), categorized as a "Program" issue, was accepted for review on December 7, 2007. Appeal 0716445 was denied on March 17, 2008.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 23 day of April 2008 at Sacramento, California.

N. GRANNIS, Chief, Inmate Appeals Branch

Decl. Grannis Supp. Def.'s Mot. Summ. J. & Mot. Dismiss

Smith v. Davis
Case No. C 07-4089 JSW

3