# EXHIBIT A

Inmate Appeals Branch

04/23/2008

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
### Inmate / Parolee Appeals Tracking System - Level III

Appellant Appeal History

CDCR Number: D89280

Sorted By: CDCR Number

| CDCR Number | Appellant Name | | Location | Arrival Date | Alerts (Type, Start, End) | | | Special Needs | |
|---|---|---|---|---|---|---|---|---|---|
| D89280 | SMITH, LYNNARD | | SOL | 12/15/2005 | | | | | |

**Accepted Appeals**

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0111811 | MAIL | Prior to subcategory | 05/30/2002 | CTF-02-00577 | 08/23/2002 | 07/17/2002 | DENIED |
| 0306637 | LIVING CONDITIONS | Prior to subcategory | 12/29/2003 | CTF-03-03250 | 03/26/2004 | 02/20/2004 | DENIED |
| 0503132 | DISCIPLINARY | Prior to subcategory | 01/09/2006 | CTF-05-01320 | 04/07/2006 | 03/29/2006 | DENIED |
| 0504581 | TRANSFER | Prior to subcategory | 10/25/2005 | CTF-05-01802 | 01/25/2006 | 01/24/2006 | DENIED |
| 0716445 (Group)PROGRAM | | Other | 12/07/2007 | SOL-07-02033 | 03/07/2008 | 03/17/2008 | DENIED |

**Screen Outs**

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 5008461 | DISCIPLINARY | Prior to subcategory | 06/30/2005 | CTF-05-01320 | 06/30/2005 | | MISSING DOCUMENTATION |
| 5009849 | STAFF COMPLAINTS | Prior to subcategory | 07/29/2005 | CTF-05-00663 | 07/29/2005 | | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS |
| 5009849 | STAFF COMPLAINTS | Prior to subcategory | 10/13/2005 | CTF-05-00663 | 10/13/2005 | | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS |
| 5016928 | STAFF COMPLAINTS | Prior to subcategory | 01/06/2006 | CTF-05-00663 | 01/06/2006 | | MUST SUBMIT APPEAL WITHIN 15 WORKING DAYS |
| 5022676 | OTHER | Prior to subcategory | 04/12/2006 | | 04/12/2006 | | APPEAL NOT BEEN ACCEPTED AT DIRECTOR'S LEVEL |

Page: 1