1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| | |
|---|---|
| **LYNNARD A. SMITH,** | CASE NO. C 07-4089 JSW |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **STEVEN G. DAVIS,** | |
| Defendant. | |

17        Plaintiff Lynnard Smith (Plaintiff) brought this civil action under 42 U.S.C. § 1983, alleging

18   that Defendant Davis (Defendant) retaliated against Plaintiff for filing an administrative appeal.

19   Defendant moved to dismiss Plaintiff's claim under the non-enumerated portion of Rule 12(b) of

20   the Federal Rules of Civil Procedure on the basis that Plaintiff failed to exhaust administrative

21   remedies as required by the Prison Litigation Reform Act before bringing this suit.  Alternatively,

22   Defendant moved for summary judgment under Rule 56(c) of the Federal Rules of Civil

23   Procedure because no genuine issue of fact exists, and Defendant is entitled to judgment as a

24   matter of law.  Finally, Defendant moved for qualified immunity.  The Court has reviewed

25   Defendant's motions, all opposition papers, and GRANTS Defendant's motion for summary

26   judgment with prejudice.

27   Dated: _____

28                                        _____
                                         JEFFREY S. WHITE
                                         United States District Judge

[Proposed] Order Granting Def.'s Mot. Dismiss & Mot. Summ. J.                    *Smith v. Davis*
                                                                              Case No. C 07-4089 JSW

-1-