1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  CHRISTOPHER M. YOUNG, State Bar No. 238532
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5553
    Fax:  (415) 703-5843
8   Email:  Chris.Young@doj.ca.gov

9  Attorneys for Defendant Davis

10

11            IN THE UNITED STATES DISTRICT COURT

12        FOR THE NORTHERN DISTRICT OF CALIFORNIA

13              SAN FRANCISCO DIVISION

14

| | |
|---|---|
| **LYNNARD A. SMITH,** | C 07-4089 JSW |
| Plaintiff, | **DECLARATION OF CHRISTOPHER YOUNG SUPPORTING DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS** |
| v. | |
| **STEVEN G. DAVIS,** | |
| Defendant. | |

21     I, CHRISTOPHER YOUNG, DECLARE AS FOLLOWS:

22     1.    I am a Deputy Attorney General in the California Attorney General's Office, counsel of record

23  for Defendant Davis (Defendant) in this matter.  I am competent to testify to the matter set

24  forth in this declaration, and if called upon to do so, I would and could so testify.  I submit this

25  declaration in support of Defendant's Motion for Summary Judgment and Motion to Dismiss.

26     2.    On February 6, 2008, Defendant was served with suit and a copy of the Court's Order

27  of Service (Court docket no. 6) at the Correctional Training Facility, Soledad.  The Attorney

28  General's Office received Defendant's request for representation on February 13, 2008.  I waived

Decl. Young Supp. Def.'s Reply to Pl.'s Opp'n to Def.'s Mot. Summ. J. & Mot. Dismiss    *Smith v. Davis*
Case No. C 07-4089 JSW

1

1  service of summons by returning to the U.S. Marshals Service the Notice and Acknowledgment

2  of Receipt of Summons and Complaint by Mail on March 3, 2008.

3       3.    In the Court's January 25, 2008 Order of Service, the Court found that liberally

4  construed, Plaintiff's allegations presented a cognizable claim for retaliation against Defendant

5  Davis.  The Court ordered that Defendant file a summary-judgment motion or other dispositive

6  motion within sixty days of the Court's Order.  The Court gave notice to Plaintiff, under *Rand v.*

7  *Rowland*, 154 F.3d 952, 963 (9th Cir. 1998) (en banc), that if Defendant filed a motion under

8  Federal Rule of Civil Procedure 56, he would be required to oppose the motion by setting out

9  specific facts obtained through discovery showing a genuine issue for trial.  Plaintiff was advised

10 to read Rule 56 and *Celotex Corp. v. Catrett*, 477 U.S. 317 (1986).

11      4.    Between February 6, 2008, and today, Plaintiff has not served any discovery on

12 Defendant.

13      I declare under penalty of perjury that the foregoing is true and correct.  Executed at San

14 Francisco, California, on June 2, 2008.

15

16

17 _____
   Christopher M. Young
   Deputy Attorney General

18

19

20

21

22

23

24

25

26

27

28

Decl. Young Supp. Def.'s Reply to Pl.'s Opp'n to Def.'s Mot. Summ. J. & Mot. Dismiss          *Smith v. Davis*
Case No. C 07-4089 JSW

2