1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10

LYNNARD SMITH,                          No. C 07-4089 JSW (PR)

11
                    Plaintiff,          **ORDER TO SHOW CAUSE RE**
12                                      **MOTION TO COMPEL**

      v.
13

STEVEN G. DAVIS,
14
                    Defendant.
15   _____/

16

17       Within **7 days** of the date this order is filed, Defendant is ORDERED TO SHOW

CAUSE why Plaintiff's motion to compel should not be granted.  In his response, Defendant
18

shall address the issue of whether they waived their right to object to Plaintiff's discovery
19

requests, as well as the other arguments in Plaintiff's motion and accompanying brief.
20

21       IT IS SO ORDERED.

DATED: November 13, 2012
22

23                                      _____
                                        JEFFREY S. WHITE
24                                      United States District Judge

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LYNNARD A. SMITH,

        Plaintiff,

   v.

STEVEN G. DAVIS et al,

        Defendant.

_____/

Case Number: CV07-04089 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 13, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lynnard A. Smith
D89280
CSP Solano
P.O. Box 4000
Vacaville, CA 95696

Dated: November 13, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk