IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNNARD A. SMITH,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN G. DAVIS,<br><br>Defendant. | C 07-4089 JSW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO FILE A REPLY<br>(Docket No. 73)<br>Judge:      The Honorable Jeffrey S. White<br>Trial Date:<br>Action Filed:  August 9, 2007 |

Defendant Davis moved this Court for a fourteen day extension of time to file a reply to Plaintiff Lynnard Smith's oppositions to Davis's dispositive motion and to Davis's motion to stay discovery, up to and including January 9, 2013.

After full consideration, and good cause appearing, IT IS ORDERED that the motion is granted. Defendants shall file a reply to the opposition to the motion for summary judgment and may file a reply to the motion to stay discovery on or before January 9, 2013.

Dated: __JAN 0 4 2013__

Jeffrey S. White
United States District Judge

SF2008400635
20659364.doc

1

[proposed] Order (C 07-4089 JSW)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LYNNARD A. SMITH,

    Plaintiff,

v.

STEVEN G. DAVIS et al,

    Defendant.

Case Number: CV07-04089 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lynnard A. Smith
D89280
CSP Solano
P.O. Box 4000
Vacaville, CA 95696

Dated: January 4, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk